E-FILED
Monday, 16 July, 2007  04:18:09 PM
Clerk, U.S. District Court, ILCD

United States District

600 East Monore Street

Springfield, Illinois

62701

June 21, 2007

# COVER

# SHEET

ORIG

07-3179

Judge Jeanne Scott

Mag. Judge Charles Evans

# COVER

# SHEET

Prepared and Submitted

By

Edwin P. Bruhl

301 Center Street

Varna, Ill. 61375

June 14, 2007

United States Bankruptcy Court

600 East Monroe Street,

Springfield, Illinois

62701

**FILED**

JUL 0 6 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States District Court

Chicago, Illinois

Federal Building

Federal Judge - Rebecca R. Pallmeyer

Case # 1:00 - CV - 03042

Beginning in year 2000 - between

7 to 10 motions submitted

various dates

Federal Judge Rebecca R. Pallmeyer

Regards this problem as one of

State Jurisdiction

JUNE 15, 2007

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, Ill.
62701

AS NOTED - PAMELA SHERRY
ADVISED BRUHL to USE the
the ATTACHED "COMPLAINT
FORM" (REVISED 9.96)
BRUHL is QUITE CERTAIN
this CASE will BE DETERMINED
By "tRIAL By JURY"
BRUHL WISHES to tALK
to JUDGE BEFORE
DETERMINING the COURT
WHEREIN tRIAL is HELD.
the REASON FOR this to AVOID
HAVING to FILE ANOTHER
COMPLAINT AGAINST JUDGE.

Edwin P. Bruhl
JUNE 15, 2007
VARNA, Ill. 61375

United States District Court
600 East Monore Street
Springfield, Illinois
62701

June 28, 2007

On the date of June 26, 2007
Edwin P. Bruhl spoke with
Michelle of the U.S.
District Court,
        Springfield, Ill.

the purpose for my
(Edwin P. Bruhl) phone
call was to make an
appointment with Mr.
Waters - clerk of the
U.S.D.C. Springfield,
            Ill.

Mr Waters clerk of U.S.D.C.
        Peoria, Ill → Also
Refer to File Ken Bush -
    U.S.D.C. Peoria, Ill Attached.

UNITED STATES DISTRICT COURT

600 EAST MONORE STREET

SPRINGFIELD, ILLINOIS

62701

JUNE 28, 2007

## PAGE II

MR WATERS- U.S.D.C.

SPRINGFIELD, Ill.

AND PEORIA, Ill.

PRIOR to this DATE-

the PLAINTIFF IN this

CASE FILED THE ORIGINAL

CIVIL CASE IN PEORIA, Ill.

U.S.D.C.

SEVERAL YEARS AND

SEVERAL VISITS TO

WASHINGTON, D.C. — SENATOR

RICHARD DURBIN DID' NOT

WANT TO GET IN-VOLVED

MORE POLITICS

United States District Court
600 East Monore Street
Springfield, Illinois
62701

June 28, 2007

CROSS REFERENCE OF
COURT CASES *

United States
Bankruptcy Court
Central District of Ill.
Springfield, Ill. 62701
Case #07-70692
Chapter 7
Ben Slotky - Debtor
209-11 East Washington St.
Bloomington, Ill. 61701
United States District Court *
Mr Waters - Clerk of the
Court - Springfield Til
Peoria, Ill.

UNITED STATES BANKRUPTCY COURT,
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

ON THE DATE OF JUNE 15, 2007 - PAMELA
SHERRY ADVISED to USE this FORM

SEE

ATTACHED Plaintiff

)
)
)
)

EDWIN P. BRUHL
JUNE 15, 2007

vs.

) Case No. 07-70692

SEE

)  U.S. BANKRUPTCY COURT

ATTACHED

)  U.S. DISTRICT COURT
)  MR. W

Defendant(s)

)

**COMPLAINT**

☒   **42 U.S.C. §1983 (suit against state officials for constitutional violations)**

☒   **28 U.S.C. § 1331 (suit against federal officials for constitutional violations)**

PLAINTIFF EDWIN P. BRUHL DEMANDS JUDICIAL

☒   Other   DECISIONS AND NOT POLITICAL DECISIONS
PLAINTIFF →

*Please note: This form has been created for prisoners but can be adapted for use by (non-prisoners.)*

Now comes the plaintiff, EDWIN P. BRUHL _____, and states as follows:

My current address is: 301 CENTER STREET,

VARNA, ILLINOIS 61375

PLAINTIFF.
The defendant EDWIN P. BRUHL, is employed as RE-TIRED 301 CENTER

STREET, _____ at VARNA, Fll.

PLAINTIFF
The defendant EDWIN P. BRUHL, WAS is employed as RISK MANAGER
McCARTY BROS
MARQUETTE NATIONAL B+T at CHICAGO, Fll. (SEVERAL Loc's

PLAINTIFF
The defendant EDWIN P. BRUHL, WAS is employed as RISK MANAGER

GREAT CENTRAL INS. Co at WAR MEMORIAL + SHERIDEN, PEORIA, Fll.

PLAINTIFF
The defendant EDWIN P. BRUHL, WAS is employed as RISK MANAGER

BEGINNING IN FEB-1954 at CHICAGO, Fll.
BANKS AND INSURANCE COMPANIES                (revised 9/96)

→ WITH THE EXCEPTION OF MILITARY SERVICE

The defendant PLAINTIFF WAS EDWIN P. BRUHL, is employed as STUDENT —
RISK MANAGEMENT at VALPARAISO UNIV. DEPAUL U. BRADLEY U.

Additional defendants and addresses 6313 SOUTH KILDARE STREET,
6212 SOUTH KENNETH STREET, CHICAGO, ILL.
10409 SO. PROSPECT AVENUE, CHICAGO, ILL.
NEW LONDON WISCONSIN, 2001 MISSOURI, PEORIA, ILL

For additional plaintiffs or defendants, provide the information in the same format as above on a
separate page. 73647 SO. HONORE STREET,
CHICAGO, ILLINOIS 1934 to 1948

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved
in this case?          Yes ☒          No ☐

If yes, please describe SEE ATTACHED U.S.D.C. # 98-1398 ) FIRST
FILED 12-09-1998 JUDGE MICHAEL M. MIHN ) CASE

B. Have you brought any other lawsuits in state or federal court while incarcerated? LIVING

          Yes ☒          No ☐

C. If your answer to B is yes, how many? SEE ATTACHED Describe the lawsuit in the space below. (If there
is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same
outline.)

   1. Parties to previous lawsuit:

      Plaintiff(s) EDWIN P. BRUHL, PLAINTIFF

      Defendant(s) (- MANY) PLAINTIFF DID ALL AS REQUESTED
MANY HEARINGS - WASHINGTON D.C. SEN. DURBIN DID NOT
WANT to STEP ON TOES OF FED JUDGE MICHAEL MIHM

   2. Court (if federal court, give name of district; if state court, give name of county)
CENTRAL DIST OF ILLINOIS - PEORIA COUNTY

   3. Docket Number/Judge CASE # 98-1398 FEDERAL BLDG. PEORIA,
FILL.

QUOTING FROM BILL HOULIHAN OF SEN. DURBIN

4. Basic claim made ___too Much Politics___ *

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing of lawsuit _____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

→ ___Not Applicable___

A. Is there a grievance procedure available at your institution?   Yes ☐   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☒   No ☐

If your answer is ~~no~~ YES, explain why ~~not~~ ___PLAINTIFF has BEEN to___
___WASHINGTON D.C. MANY BOXES OF PAPER WORK___

C. Is the grievance process completed?   Yes ☐   No ☒

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

* JUNE 16, 2007

NOTE THE ATTACHED
"UNITED STATES SUPREME COURT"
WASHINGTON, D.C.

PLAINTIFFS EFFORTS IN ALL has BEEN
"TRIAL BY JURY"
NO QUESTIONS ABOUT it "CONSTITUTIONAL
CONTRACT WITH   3         RIGHT"

# The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins, and Mr. Bruhl has the needed papers to defend himself.



SEE  ATTACHED

the  CONSTITUTION  OF  the

UNITED  STATES

7.1.2007    E. BRUHL

UNITED STATES DISTRICT COURT
600 EAST MONORE STREET
SPRINGFIELD, ILLINOIS
62701

July 1, 2007

THE CONSTITUTION OF
THE UNITED STATES

this is A NATION BOUND
toGETHER By A SYSTEM
OF LAWS.

the political SYSTEM
WORKS ONLY WHEN the
JUDICIAL SYSTEM is
APPLIED AND RE-SPECTED
By ALL.

E. BRUHL
7-1-2007

# The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins, and Mr. Bruhl has the needed papers to defend himself.

JUNE 14, 2007



EDWIN P. BRUHL IS AN AMERICAN
CITIZEN BORN IN CHICAGO, ILL
1934
HE IS A VETERAN OF THE U.S.A
ARMED SERVICES
HE IS A RETIRED RISK MANAGER

## The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins. and Mr. Bruhl has the needed papers to defend himself.

JUNE 19, 2007

AS MENTIONED time AND time AGAIN - PLAINTIFF HAS WAITED LONG ENOUGH. MARCH - 1992 to PRESENT IS MORE THAN ENOUGH time

Edwin P. Bruhl
June 19, 2007

# The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins, and Mr. Bruhl has the needed papers to defend himself.

JUNE 14, 2007



this BEING the LOBBy of the FEDERAL BUILDING LOCATED; UNITED STATE COURTHOUSE 219 South DEARBORN STREET, CHICAGO, ILLINOIS 60604

# The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins, and Mr. Bruhl has the needed papers to defend himself.



this is the south section of the

FEDERAL BUILDING ~ U.S. COURTHOUSE

219 SO. DEARBORN St. CHICAGO, Ill. 60604

PICTURED BEING U.S.A. CONSTITUTION

AND U.S.A. "BILL OF RIGHTS"

# The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins, and Mr. Bruhl has the needed papers to defend himself.

JUNE 14, 2007



EDWIN P. BRUHL HAS ONE CASE PENDING
U.S. SUPREME COURT, WASHINGTON, D.C.
HE ALSO HAS SEVERAL CASE'S
PENDING IN UNITED STATES DISTRICT
COURT, NORTHERN DISTRICT OF ILLINOIS

# The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins, and Mr. Bruhl has the needed papers to defend himself.

JUNE 14, 2007



EDWIN P. BRUHL HAS C.N.A. INSURANCE
to DEFEND his POSITION AND
his BANKS.

HE HAS two title COMPANIES
to DEFEND the TRUSTS

# The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins. and Mr. Bruhl has the needed papers to defend himself.

JUNE 14, 2007



EDWIN P. BRUHL DEMANDS that his U.S.A. CONSTITUTIONAL RIGHTS BE GIVEN AT ALL TIMES this IN-CLUDES "TRIAL BY A TWELVE MEMBER JURY"

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

JUNE 17, 2007

I - EDWIN P. BRUHL SR. WANT this COURT to BE A COURT OPERATING IN ACCORDANCE WITH the "RULES AND REGULATIONS OF THE "SUPREME COURT - WASHINGTON, D.C." I - EDWIN P. BRUHL SR. DO NOT WANT "POLITICAL DECISIONS"; I DO WANT "JUDICIAL DECISIONS"

JURY DEMAND           Yes  ☒                    No  ☐

Signed this __17th__ day of __JUNE__, 19____.    2007

*Edwin P. Bruhl*

*( Signature of Plaintiff)*

| Name of Plaintiff: EDWIN P. BRUHL | Inmate Identification Number: EDWIN P. BRUHL |
|---|---|
| Address: 301 CENTER STREET, VARNA, Ill. 61375 | Telephone Number: 309-463-2420 |

RE-SPONSE IN WRITING ONLY

UNITED STATES DISTRICT COURT
600 EAST MONORE STREET
SPRINGFIELD, ILLINOIS
62701

JUNE 27, 2007

PLAINTIFF
#1

EDWIN PAUL BRUHL, SR.

301 CENTER STREET,

VARNA, ILLINOIS

61375

MR. BRUHL WILL BE
TRUSTEE AND ATTORNEY
FOR THE FOLLOWING
THREE BANKS
PLAINTIFF #2

# BANKS

1  Commercial Lien Requested By the following:

2  Kansas State Bank - 110 North Front Street, Kansas IL  61933.  Kansas State

3  Bank under Trust #247.

4

5  Edgar County Bank and Trust Company, 101-107 West Wood Street, Paris,

6  Illinois 61944.  Edgar County Bank and Trust Company under Trust #247.

7

8  Marquette National Bank and Trust Company, 6155 South Pulaski Road, Chicago,

9  Illinois 60629.  Attention:  Land Trust Department, Marquette National Bank

10  and Trust Company under Trust #6762.

11  PROPERTY SITUATED; 209-11

12  EAST WASHINGTON STREET,

13  BLOOMINGTON, ILL. 61701

14

15  APRIL 27, 2007

16

17  to C.E.F.C.U.

18  Att: BRIAN MUELLER

19  BUSINESS LOAN OFFICER

20  EMPIRE MEMBER CENTER

21  EDWIN P. BRUHL WILL BE

22      ① TRUSTEE

23      ② PLAINTIFF

24      ③ ATTORNEY

       ④ DEFENDANT

       ⑤ INVESTOR

       ⑥ AMERICAN CITIZEN

Commercial Property Lien - 4   ⑦ ON BE-HALF OF BANKS

PAGE
IV

E-FILED
Monday, 16 July, 2007  04:18:26 PM
Clerk, U.S. District Court, ILCD

JUNE 16, 2007

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, IL. 62701

CASE #07-70692
BEN SLOTKY

NOTE ATTACHED - OBJECTION DATE
NOTICE

THE CREDITOR IN THIS CASE
EDWIN P. BRUHL
is the TRUSTEE AND ATTORNEY FOR THE
FOLLOWING BANKS.

① KANSAS STATE BANK TRUST #247
② EDGAR COUNTY BANK AND TRUST COMPANY
TRUST # 247
③ MARQUETTE NATIONAL BANK AND
TRUST # 6762

MAY 2, 2007

TO {
UNITED STATES

BANKRUPTCY COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD, ILL. 5-2-2007

Zip 62701
}

REG. {
CASE #07-70692

CHAPTER 7

BEN SLOTKY - DEBTOR

209-11 EAST WASHINGTON St.

BLOOMINGTON, ILL. 61701
}

FROM {
EDWIN P. BRUHL

301 CENTER STREET,

VARNA, ILL. 61375

TODAYS DATE MAY 2, 2007

PHONE #-309-463-2420
}

MAY 2, 2007

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF ILLINOIS

226 U.S. COURTHOUSE

600 E. MONROE STREET,

SPRINGFIELD, ILL. 62701

IN RE: BEN SLOTKY      CASE #07-70692

DEBTOR          CHAPTER 7

# OBJECTION DATE NOTICE

THE ATTACHED FIVE PAPERS
INCLUDE THE FILE COMPLETED BY
EDWIN P. BRUHL ON THE DATE OF
APRIL 27, 2007

# PROOF OF SERVICE

EDWIN P. BRUHL WILL ENCLOSE THESE
FIVE PAPERS WITH-IN AN ENVELOPE
AND MAIL U.S.P.S - CERTIFIED
MAIL ADDRESSED TO THE FOLLOWING

APRIL 27, 2007

## RE-SPONSE

THE ATTACHED NOTICE
OBJECTION DATE NOTICE
ATTACHED

PAGE
V

## OBJECTION

SEE ATTACHED TITLED
"BANKS"
AND
"ENCUMBERED PROP'S

Edwin P Buckley
April 27, 2007

**ENCUMBERED Prop's**

```
 1                                    )
                                      )
 2                                    )
                                      )
 3    _____)

 4
      Commercial Lien on Commercial   )   *
 5
      Property situated and Known as: )
 6                                    )   Address
                                      )   207 East Washington Street
 7                                    )   209 East Washington Street
                                      )   213 East Washington Street
 8                                    )   Bloomington, IL  61702
                                      )
 9    _____)

10

11                                    )
                                      )
      Purpose:                        )   To Renew these commercial liens for
12                                    )   the term
                                      )
13                                    )
                                      )
14                                    )
                                      )
15    _____)

16

17
      FROM:  Edwin P. Bruhl          )   Residence Address
18                                    )   301 Center Street
                                      )   Varna, IL  61375
19                                    )
                                      )
20                                    )
                                      )
21                                    )
                                      )
22    _____)

23

24

25
```

**PAGE III**

*april 27, 2007*

*Edwin P. Bruhl*

Commercial Property Lien - 2

Form schobj

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:* Ben Slotky
*Debtor*

*Case No.:* 07–70692

*Chapter:* 7

### OBJECTION DATE NOTICE

*Notice is hereby provided:*

On 4/12/07 , Heartland Bank and Trust Company filed a Motion for Relief from Stay as to property commonly known as 209 East Washington, Bloomington, IL 61701 .

The pleading referred to above may be viewed in the Bankruptcy Clerk's office during regular business hours or on PACER (Public Access to Court Electronic Records).

If you do not want the Court to grant the relief sought in the above named document or if you want the Court to consider your views, then you or your attorney must file a written objection explaining your position.

Written objections must be filed with this Court by **4/28/07** .

You must also serve a copy on interested parties and file a proof of service with the court.

If you or your attorney do not file a timely objection, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

Dated: 4/13/07

Pamela C. Sherry
Clerk, U.S. Bankruptcy Court

PAGE
II

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

Edwin P. Bruhl
april 27, 2007

151387

June 15, 2007

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILL.
62701

REFER to COMPLAINT FORM ATTACHED

PLAINTIFF

EDWIN PAUL BRUHL SR. TRUSTEE AND
ATTORNEY FOR THE FOLLOWING BANKS -
REAL AND PERSONAL PROPERTY

① KANSAS STATE BANK WITH TRUST
AGREEMENT # 247
② EDGAR COUNTY BANK AND TRUST COMPANY
WITH TRUST AGREEMENT # 247
③ MARQUETTE NATIONAL BANK AND
TRUST COMPANY WITH TRUST
AGREEMENT # 16762

Edwin P. Bruhl
June 15, 2007

June 15, 2007

United States Bankruptcy Court
Central District of Illinois
Springfield, Ill.
62701

Refer to Complaint Form Attached

Title Companies

① Chicago title Insurance Company
② Chicago title and trust Company
③ Fidelity National Financial Jacksonville, Florida

June 15, 2007

United States Bankruptcy Court

Central District of Ill.

Springfield, Ill.

62701

Refer to Complaint Form Attached

Plaintiff

Banks and/or Credit Card Companies and/or Credit Unions having an interest in the Real and/or personal property of this case

① Marquette National Bank and Trust Company

② Thunder Bird Bank and Trust Company - Sun City, Ariz.

③ Visa Credit Cards and/or Debit Cards

④ Continental Bank and Trust Company Chicago, Illinois

⑤ Mastercard and Sears Roebuck + Co

UNITED STATES DISTRICT COURT
600 EAST MONORE STREET
SPRINGFIELD, ILLINOIS
62701

JUNE 27, 2007

PLAINTIFF
#2


LEAD BANK
MARQUETTE NATIONAL BANK
AND TRUST COMPANY
TRUST #6762


KANSAS STATE BANK
KANSAS, Ill.
TRUST #247



EDGAR COUNTY BANK
AND
TRUST COMPANY
TRUST #247



to {
UNITED STATES
BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, IL. 62701
APRIL. 27, 2007

COPY

REGARDING {
CASE # 07-70692
CHAPTER 7
BEN SLOTKY - DEBTOR
209-11 EAST WASHINGTON ST.
BLOOMINGTON, IL 61701

FROM {
EDWIN P. BRUHL
301 CENTER STREET,
VARNA, ILL. 61375
TODAYS DATE APRIL. 27, 2007
PHONE # 309-463-2420

MAY 2, 2007

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF ILLINOIS

226 U.S. COURTHOUSE

600 E. MONROE STREET,

SPRINGFIELD, ILL. 62701

IN RE: BEN SLOTKY      CASE #07-70692

DEBTOR          CHAPTER 7

# OBJECTION DATE NOTICE

THE ATTACHED FIVE PAPERS
INCLUDE THE FILE COMPLETED BY
EDWIN P. BRUHL ON THE DATE OF
APRIL 27, 2007

# PROOF OF SERVICE

EDWIN P. BRUHL WILL EN-CLOSE THESE
FIVE PAPERS WITH-IN AN ENVELOPE
AND MAIL U.S.P.S - CERTIFIED
MAIL ADDRESSED TO THE FOLLOWING

Form schobj

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

*In Re:* Ben Slotky
*Debtor*

*Case No.:* 07–70692

*Chapter:* 7

---

### OBJECTION DATE NOTICE

*Notice is hereby provided:*

On 4/12/07 , Heartland Bank and Trust Company filed a Motion for Relief from Stay as to property commonly known as 209 East Washington, Bloomington, IL 61701 .

The pleading referred to above may be viewed in the Bankruptcy Clerk's office during regular business hours or on PACER (Public Access to Court Electronic Records).

If you do not want the Court to grant the relief sought in the above named document or if you want the Court to consider your views, then you or your attorney must file a written objection explaining your position.

Written objections must be filed with this Court by **4/28/07** .

You must also serve a copy on interested parties and file a proof of service with the court.

If you or your attorney do not file a timely objection, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

Dated: 4/13/07

Pamela C. Sherry
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

Edwin P. Bruhl,
april 27, 2007

51387

**ENCUMBERED PROP'S**

```
1                              )
2                              )
3  _____ ;
4
   Commercial Lien on Commercial    *
5                              )
   Property situated and Known as:  )  Address
6                              )  207 East Washington Street
                               )  209 East Washington Street
7                              )  213 East Washington Street
                               )  Bloomington, IL  61702
8                              )
                               )
9  _____ ;
10
11                             )
                               )
   Purpose:                    )  To Renew these commercial liens for
12                             )  the term
                               )
13                             )
                               )
14                             )
                               ;
15 _____ ;
16
17
   FROM:  Edwin P. Bruhl       )  Residence Address
18                             )  301 Center Street
                               )  Varna, IL  61375
19                             )
                               )
20                             )
                               )
21                             )
                               )
22 _____ )
23
24
25
```

PAGE III

april 27, 2007

*Edwin P. Bruhl*

Commercial Property Lien - 2

## The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins. and Mr. Bruhl has the needed papers to defend himself.

JUNE 21, 2007

ILLINOIS DEPARTMENT OF
FINANCIAL INSTITUTIONS
PRIOR to this DATE - the THREE
BANKS DESCRIBED HERE -IN
MAINTAINED 10 times the
NEEDED ASSETS to MEET the
NEEDED REQUIREMENTS of the
STATE OF ILLINOIS.
ACCORDING to BRUHLS BANKER -
Joseph SCHUESLER - STATE OF
ILLINOIS WANTED MORE

E. Bruhl
6-21-2007

## The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins. and Mr. Bruhl has the needed papers to defend himself.

JUNE 21, 2007

ILLINOIS DEPARTMENT OF
FINANCIAL INSTITUTIONS
PRIOR to this DATE - the three
BANKS DESCRIBED here -IN
MAINTAINED 10 times the
NEEDED ASSETs to MEET the
NEEDED REQUIREMENTs of the
STATE OF ILLINOIS.
ACCORDING to BRUHLs BANKER -
Joseph SCHUESLER - STATE OF
ILLINOIS WANTED MORE

E. Bruhl
6-21-2007

# BANKS

1   Commercial Lien Requested By the following:

2   Kansas State Bank – 110 North Front Street, Kansas IL  61933.  Kansas State

3   Bank under Trust #247.

4

5   Edgar County Bank and Trust Company, 101-107 West Wood Street, Paris,

6   Illinois 61944.  Edgar County Bank and Trust Company under Trust #247.

7

8   Marquette National Bank and Trust Company, 6155 South Pulaski Road, Chicago,

9   Illinois 60629.  Attention:  Land Trust Department, Marquette National Bank

10  and Trust Company under Trust #6762.

PAGE IV

11  PROPERTY SITUATED: 209-11

12  EAST WASHINGTON STREET,

13  BLOOMINGTON, Ill. 61701

14

15  APRIL 27, 2007

16

17  to C.E.F.C.U.

18  Att: BRIAN MUELLER

19  BUSINESS LOAN OFFICER

20  EMPIRE MEMBER CENTER

21  EDWIN P. BRUHL WILL BE

22      ① TRUSTEE

23      ② PLAINTIFF

24      ③ ATTORNEY

25      ④ DEFENDANT

        ⑤ INVESTOR

        ⑥ AMERICAN CITIZEN

Commercial Property Lien - 4      ⑦ ON BE-HALF OF BANKS

4-27-2007      Edwin P. Bruhl

APRIL 27, 2007

RE-SPONSE

the ATtACHED NOTICE
OBJECTION DATE NOTICE
ATtACHED

PAGE
I

OBJECTION
SEE ATtACHED titLED
"BANKS"
AND
"ENCUMBERED PROP's

Edwin P. Bruhl
April 27, 2007

**PROOF OF SERVICE**

The undersigned certifies that a copy of this Answer was served upon the attorneys of record of all parties to the above-entitled cause by enclosing same in an envelope plainly addressed to such attorneys at their business address, as disclosed by the pleadings of record herein, with postage fully prepaid and be depositing said envelope in a U.S. Post Office Box in Bloomington, Illinois on the 7th day of February, 2007.

Carrie L. Borowski

c/o COSTIGAN AND WOLL RAB, P.C.
308 E. WASHINGTON STREET
P.O. BOX 3127
BLOOMINGTON, Ill.
61702-3127

**ATTORNEYS OF RECORD**

Timothy J. Howard
Howard & Howard
One Technology Plaza
Suite 600
211 Fulton Street
Peoria, Illinois 61602-1350

James T. Finegan
111 W. Front Street
Bloomington, Illinois 61701

Darrell L. Hartweg, Esq.
207 West Jefferson Street, Suite 400
Bloomington, Illinois 61701

Edwin P. Bruhl
301 Center Street
Varna, Illinois 61375

MARCH 8, 2007
EDWIN P. BRUHL is the TRUSTEE AND ATTORNEY FOR the FOLLOWING.
MARQUETTE NATIONAL BANK AND TRUST COMPANY TRUST # 6762
KANSAS STATE BANK UNDER TRUST # 247 KANSAS, ILLINOIS 61933
EDGAR COUNTY BANK AND TRUST COMPANY PARIS, ILLINOIS
#247

UNITED STATES DISTRICT COURT
600 EAST MONORE STREET
SPRINGFIELD, ILLINOIS
62701

JUNE 27, 2007

DEFENDANT
#1

BEN SLOTKY
DEBTOR

CASE # 07-70692

UNITED STATES BANKRUPTCY
COURT

CENTRAL DISTRICT OF
ILLINOIS

226 US COURTHOUSE

600 E. MONROE STREET,

SPRINGFIELD, Ill. 62701

1112 ELMWOOD ROAD

BLOOMINGTON, ILL. 61701

JUNE 17, 2007

UNITED STATES BANKRUPTCY
COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILL.
62701


# COMPLAINT

BEN SHOTKY

DEFENDANT #1 DEBTOR #1

CASE #07-70692

I. EDWIN P. BRUHL WILL FILE
FRAUD COMPLAINT AGAINST THIS
DEBTOR CASE #07-70692. EVIDENCE
WILL BE his SIGNING his
NAME TO PAYMENT CHECK
FROM BANK.

E-FILED
Monday, 16 July, 2007  04:18:40 PM
Clerk, U.S. District Court, ILCD

JUNE    16, 2007

UNITED STATES BANKRUPTCY
            COURT

CENTRAL DISTRICT OF ILLINOIS

226 E. MONROE STREET, SPRINGFIELD,
        ILLINOIS   62701


DEFENDANTS
        BEN   SLOTKY  DEFENDANT
                                #1
        AND

CITY OF BLOOMINGTON DEFENDANT
        BLOOMINGTON, ILLINOIS

PLAINTIFF - EDWIN P. BRUHL has MENTIONED
TIME AND TIME AGAIN - the POLITICS -
the GOVERNMENT - the people have
their OWN WAY OF DOING THINGS
I HAVE ABSOLUTELY NO WAY OF
KNOWING the DEAL WORKED out
BETWEEN JUDY MARKOVITZ (MAYOR AT the
TIME) AND BEN SLOTKY - DEBTOR -
        CASE 07-70692

JUNE 13, 2007

UNITED STATES     BANKRUPTCY
        COURT
CENTRAL DISTRICT OF ILLINOIS
    SPRINGFIELD, ILLINOIS
            62701
PAMELA C. SHERRY - CLERK -
    U.S. BANKRUPTCY
                RE: BEN SLOTKY
                CASE # 07-70692


A DAY IN THE MCLEAN COUNTY
        COURT
    BLOOMINGTON, ILLINOIS    61701

AS A RE-SULT OF BEN SLOTKY
FILING FALSE ARREST AGAINST EDWIN
P. BRUHL - BEN AND BRUHL HAD THEIR
        DAY IN COURT
BRUHL MADE it PERFECTLY CLEAR
    IN COURT WITH ALL (JURY - JUDGE-
COURT REPORTER - CLERK - GENERAL PUBLIC
"ALL THREE OF THESE PARCELS OF LAND
ARE ENCUMBERED" SEE ATTACHED

*ENCUMBERED PROP'S*

```
1                                    )
                                     )
2                                    )
                                     )
3    _____ ;

4                                    )    *
     Commercial Lien on Commercial   )
5                                    )
     Property situated and Known as: )    Address
6                                    )    207 East Washington Street
                                     )    209 East Washington Street
7                                    )    213 East Washington Street
                                     )    Bloomington, IL  61702
8                                    )
                                     )
9    _____ ;

10

11                                   )
                                     )
     Purpose:                        )    To Renew these commercial liens for
12                                   )    the term
                                     )
13                                   )
                                     )
14                                   ;
                                     )
15   _____ ;

16

17

     FROM:  Edwin P. Bruhl          )    Residence Address
18                                   )    301 Center Street
                                     )    Varna, IL   61375
19                                   )
                                     )
20                                   )
                                     )
21                                   )
                                     )
22   _____ )

23

24

25
```

PAGE III

april 27, 2007

Edwin P. Bruhl

Commercial Property Lien - 2

# The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins and Mr. Bruhl has the needed papers to defend himself.

COURT DATE WITH BEN SLOTKY

\* MARCH 11, 2004

CASE # 03 CM 2070

JUDGE KEVIN FITZGERALD

JUNE 13, 2007

SEE ATTACHED

"PROMISSORY NOTE"

LOAN # 600100 3256

\* DATED DECEMBER 21, 2005

APPLIED FOR MORTGAGE AFTER COURT DATE

UNITED STATES DISTRICT COURT

600 EAST MONORE STREET

SPRINGFIELD, ILLINOIS

62701

JULY 4, 2007

BEN SLOTKY - DEBTOR -

U.S. BANKRUPTCY COURT -

SPRINGFIELD, Ill.

SEE ATTACHED

1st HEARING

DATED FEB. 2, 2007

EDWIN P. BRUHL ARRIVED AT

HEARING ABOUT 10 MINUTES

EARLY. HE ANNOUNCED "PLAIN

AND CLEAR FOR ALL TO HEAR"

"TALK TO TWO TITLE

COMPANIES FIRST"

JUNE 13, 2007

1st HEARING - LAW AND JUSTICE CENTER

REGARDING -
BEN SLOTKY
DEBTOR

HEARTLAND BANK & TRUST

FEBRUARY 2, 2007

1:30 P.M.

* COMM'L BLDG. 209-11 E. WASHINGTON

BLOOMINGTON, Ill. 61701

TAX'S SOLD 11-8-1993

*

JULY 2, 2007

this ACCOUNTING PROBLEM is IN

REFERENCE to (JESSE B SMART) PAYING

TAX BILL AND SHORT TIME LATER

PAYING TAX'S BACK

*

POLITICS
(SEE FILE)

Edwin P. Brult
7-4-2007

# The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins and Mr. Bruhl has the needed papers to defend himself.

COURT DATE WITH BEN SLOTKY

* MARCH 11, 2004

CASE # 03 CM 2070

JUDGE KEVIN FITZGERALD

JUNE 13, 2007

SEE ATTACHED

"PROMISSORY NOTE"

LOAN # 600100 3256

* DATED DECEMBER 21, 2005

APPLIED FOR MORTGAGE AFTER COURT DATE

Addendum to note # 6001003256 dated 12-21-2005 by and Between Castle Entertainment LLC and Heartland Bank and Trust due 12-21-2008 and in the amount of $782,617.00.

As additional collateral for this loan Ben Slotky has pledged all of his right title and beneficial interest in and to real estate owned by Castle Properties LLC and described in his security agreement executed 12-21-2005 as part of this note. It is agreed to by the parties that additional payments on this note will be made as condominium units are sold and closed equal to 80% of the net proceeds of any such sale due Ben Slotky.
It is agreed to that these payments will be in addition to and not replace regularly scheduled payments.

The payments will be made in consideration for a partial release of the lien held by Heartland Bank and Trust and will be made after the $480,000 note to Busey Bank has been fully advance one time and fully repaid from that advance.

Signed this 21st day of December, 2005

Ben Slotky

JUNE 14, 2007

PRIOR to MY RE-TIREMENT - EDWIN
P. BRUHL WAS IN COURT OVER
this ISSUE. (other CASE)
this is NOT A SIGNATURE

Edwin P. Bruhl
6-14-2007

JUNE 17, 2007

UNITED STATES BANKRUPTCY
COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILL.
62701

# COMPLAINT

BEN SLOTKY

DEFENDANT #1 DEBTOR #1

CASE #07-70692

I. EDWIN P. BRUHL WILL FILE
FRAUD COMPLAINT AGAINST THIS
DEBTOR CASE #07-70692. EVIDENCE
WILL BE HIS SIGNING HIS
NAME TO PAYMENT CHECK
FROM BANK.

UNITED STATES District Court

600 East Monore Street

Springfield, Illinois

62701

June 27, 2007

DEFENDANT
#1

BEN SLOTKY

DEBTOR

CASE # 07-70692

United States Bankruptcy
Court

Central District of
Illinois

226 US Courthouse

600 E. Monroe Street,

Springfield, Ill. 62701

1112 Elmwood Road

Bloomington, Ill. 61701

5

RECORDATION REQUESTED BY:
  Heartland Bank and Trust
  Company
  Fort Jesse Office
  1725 Fort Jesse Road
  Normal , IL 61761

WHEN RECORDED MAIL TO:
  Heartland Bank and Trust
  Company
  Fort Jesse Office
  1725 Fort Jesse Road
  Normal , IL 61761

Image# 004982720012 Type: OFF
Recorded: 11/30/2005 at 03:59:04 PM
Total Amt: $39.00 Page 1 of 12
IL Rental Housing Fund: $10.00
McLean County, IL
H. Lee Newcom Recorder
File 2005-00036130

_____
                                    **FOR RECORDER'S USE ONLY**

This Mortgage prepared by:
  Heartland Bank and Trust Company
  1725 Fort Jesse Road
  Normal , IL 61761
_____

## MORTGAGE

**MAXIMUM LIEN.** At no time shall the principal amount of indebtedness secured by the Mortgage, not including sums advanced to protect the security of the Mortgage, exceed $1,565,234.00.

**THIS MORTGAGE** dated November 30, 2005, is made and executed between Ben Slotky, A Married Person (referred to below as "Grantor") and Heartland Bank and Trust Company, whose address is 1725 Fort Jesse Road, Normal , IL 61761 (referred to below as "Lender").

**GRANT OF MORTGAGE.** For valuable consideration, Grantor mortgages, warrants, and conveys to Lender all of Grantor's right, title, and interest in and to the following described real property, together with all existing or subsequently erected or affixed buildings, improvements and fixtures; all easements, rights of way, and appurtenances; all water, water rights, watercourses and ditch rights (including stock in utilities with ditch or irrigation rights); and all other rights, royalties, and profits relating to the real property, including without limitation all minerals, oil, gas, geothermal and similar matters, (the "Real Property") located in McLean County, State of Illinois:

> Unit 1 and 29.8% undivided percentage interest of ownership of the common elements of The Castle Condominium as delineated on the Survey of the West 1/2 of Lot 8 and 4.4 feet off of the entire East side of Lot 9 of the Subdivision of the Southeast 1/4 of Section 4, Township 23 North, Range 2 East of the Third Principal Meridian, according to the plat thereof recorded June 09, 1941 in McLean County, Illinois, according to the plat thereof recorded attached as Exhibit "F" to the Declaration of Condominium Ownership recorded November ___30___ , 2005 as Document Number 2005-36128, in McLean County, Illinois.

The Real Property or its address is commonly known as 209 East Washington, Bloomington, IL 61701. The Real Property tax identification number is 21-04-409-020 (Book 44).

Grantor presently assigns to Lender all of Grantor's right, title, and interest in and to all present and future leases of the Property and all Rents from the Property. In addition, Grantor grants to Lender a Uniform





12 PAGES

**EXHIBIT**
**A**

**FOR SERVICE BY PRIVATE PROCESS**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
MCLEAN COUNTY, ILLINOIS

HEARTLAND BANK AND TRUST
COMPANY,

             Plaintiff,

vs.

BEN SLOTKY, CASTLE ENTERTAINMENT,
L.L.C., FUNNY BONE TICKETS INC.,
EDWIN P. BRUHL, UNKNOWN OWNERS
and NON-RECORD CLAIMANTS,

             Defendants.

CASE NO. 07-CH-_*09*_

**Please serve:**

**Edwin P. Bruhl
301 Center Street
Varna, Illinois 61375**

## <u>30-DAY SUMMONS</u>

TO EACH OF THE ABOVE-NAMED DEFENDANTS–You are hereby summoned and required to file a written answer in this case, or otherwise file your written entry of appearance, in the office of the Clerk of this Court (located in the McLean County Courthouse, Bloomington, Illinois) within 30 days after service of this Summons, exclusive of the day of service. If you fail to do so, a judgment by default may be taken against you for the relief requested in this Complaint.

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed.

This Summons may not be served later than 30 days after its date.

WITNESS, this _09_ day of _January_ 2007

_____ Clerk of the Court

By: _____
             Deputy

Plaintiff's Attorney:
Timothy J. Howard
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois 61602
(309) 672-1483
(309) 672-1568 (Facsimile)
ARDC No. 01271202

Date of Service _1-10-07_
(To be inserted by officer on copy
left with defendant or other person.)

#238282-v1

UNITED STATES DISTRICT COURT

600 EAST MONORE STREET

SPRINGFIELD, ILLINOIS

62701

JULY 4, 2007

BEN SLOTKY - DEBTOR -

U.S. BANKRUPTCY COURT -

SPRINGFIELD, Ill.

SEE ATTACHED

1st HEARING

DATED FEB. 2, 2007

EDWIN P. BRUHL ARRIVED AT

HEARING ABOUT 10 MINUTES

EARLY. HE ANNOUNCED "PLAIN

AND CLEAR FOR ALL TO HEAR"

"TALK TO TWO TITLE

COMPANIES FIRST"

JUNE 13, 2007

1st HEARING - LAW AND JUSTICE CENTER

REGARDING - { HEARTLAND BANK & TRUST

BEN SLOTKY DEBTOR { FEBRUARY 2, 2007

1:30 P.M.

* COMM'L. BLDG. 209-11 E. WASHINGTON

BLOOMINGTON, Ill. 61701

TAX'S SOLD 11-8-1993

*

JULY 2, 2007

this ACCOUNTING PROBLEM is IN

REFERENCE to (JESSE B SMART) PAYING

tax BILL AND SHORT time LATER

PAYING TAX'S BACK

*

POLITICS
(SEE FILE)

Edwin P. Brull
7-4-2007

JUNE 16, 2007

UNITED STATES BANKRUPTCY
            COURT

CENTRAL DISTRICT OF ILLINOIS

226 E. MONROE STREET, SPRINGFIELD,
        ILLINOIS  62701


DEFENDANTS
        BEN  SLOTKY  DEFENDANT
                                    #1
                AND

CITY OF BLOOMINGTON DEFENDANT
        BLOOMINGTON, ILLINOIS

PLAINTIFF - EDWIN P. BRUHL HAS MENTIONED
TIME AND TIME AGAIN - THE POLITICS -
THE GOVERNMENT - THE PEOPLE HAVE
THEIR OWN WAY OF DOING THINGS
I HAVE ABSOLUTELY NO WAY OF
KNOWING THE DEAL WORKED OUT
BETWEEN JUDY MARKOVITZ (MAYOR AT THE
TIME) AND BEN SLOTKY - DEBTOR -
        CASE 07-70692

JUNE 13, 2007

UNITED STATES        BANKRUPTCY
COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD, ILLINOIS
62701

PAMELA C. SHERRY - CLERK -
U.S. BANKRUPTCY

RE: BEN SLOTKY
CASE # 07-70692


A DAY IN THE MCLEAN COUNTY
COURT

BLOOMINGTON, ILLINOIS    61701

AS A RE-SULT OF BEN SLOTKY
FILING FALSE ARREST AGAINST EDWIN
P. BRUHL - BEN AND BRUHL HAD THEIR
DAY IN COURT

BRUHL MADE it PERFECTLY CLEAR
IN COURT WITH ALL (JURY - JUDGE-
COURT REPORTER - CLERK - GENERAL PUBLIC
"ALL THREE OF THESE PARCELS OF LAND
ARE ENCUMBERED"    SEE ATTACHED

TO {

UNITED STATES

BANKRUPTCY COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD, IL. 62701 ED

APRIL, 27, 2007

COPY

REGARDING {

CASE # 07-70692

CHAPTER 7

BEN SLOTKY - DEBTOR

309-11 EAST WASHINGTON ST.

BLOOMINGTON, IL 61701

FROM {

EDWIN P. BRUHL

301 CENTER STREET,

VARNA, Ill. 61375

TODAYS DATE APRIL, 27, 2007

PHONE # 309-463-2420

PAGE I

Form schobj

# UNITED STATES BANKRUPTCY COURT

### Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:*  Ben Slotky
*Debtor*

*Case No.:* 07–70692

*Chapter:*  7

### OBJECTION DATE NOTICE

## *Notice is hereby provided:*

On 4/12/07 , Heartland Bank and Trust Company filed a Motion for Relief from Stay as to property commonly known as 209 East Washington, Bloomington, IL 61701 .

The pleading referred to above may be viewed in the Bankruptcy Clerk's office during regular business hours or on PACER (Public Access to Court Electronic Records).

If you do not want the Court to grant the relief sought in the above named document or if you want the Court to consider your views, then you or your attorney must file a written objection explaining your position.

Written objections must be filed with this Court by **4/28/07** .

You must also serve a copy on interested parties and file a proof of service with the court.

If you or your attorney do not file a timely objection, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

Dated: 4/13/07

Pamela C. Sherry
Clerk, U.S. Bankruptcy Court

*PAGE II*

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

*Edwin P. Bruhl*
*April 27, 2007*

51387

**\* ENCUMBERED PROP'S**

```
 1                                    )
                                      )
 2                                    )
                                      )
 3     _____/
 4
       Commercial Lien on Commercial  )    \*
 5                                     )
       Property situated and Known as: )    Address
 6                                     )    207 East Washington Street
                                       )    209 East Washington Street
 7                                     )    213 East Washington Street
                                       )    Bloomington, IL  61702
 8                                     )
                                       )
 9     _____/
10
                                       )
11                                     )
       Purpose:                        )    To Renew these commercial liens for
12                                     )    the term
                                       )
13                                     )
                                       )
14                                     )
                                       )
15     _____/
16
17
       FROM:  Edwin P. Bruhl           )    Residence Address
18                                     )    301 Center Street
                                       )    Varna, IL  61375
19                                     )
                                       )
20                                     )
                                       )
21                                     )
                                       )
22     _____)
23
24
25
```

PAGE III

april 27, 2007

Edwin P. Bruhl

Commercial Property Lien - 2

UNITED STATES DISTRICT COURT
600 EAST MONORE STREET
SPRINGFIELD, ILLINOIS
62701

JUNE 27, 2007

DEFENDANT
#2

HEARTLAND BANK AND
TRUST COMPANY
P.O. BOX 67
BLOOMINGTON, ILL. 61702

MANY LOCATIONS.
CALL HOME OFFICE FOR
INFORMATION.

UNITED STATES DISTRICT COURT
600 EAST MONROE STREET,
SPRINGFIELD, ILLINOIS
62701

July 5, 2007

## 30-DAY SUMMONS

FROM - HEARTLAND BANK
AND TRUST COMPANY


to - SEE ATTACHED

Edwin P. Bruhl —

NOTE THE ATTACHED

        TITLED - BANKS

BRUHLS RE-SPONSE TO

30 DAY SUMMONS

# BANKS

1   Commercial Lien Requested By the following:

2   Kansas State Bank – 110 North Front Street, Kansas IL  61933.  Kansas State

3   Bank under Trust #247.

4

5   Edgar County Bank and Trust Company, 101-107 West Wood Street, Paris,

6   Illinois 61944.  Edgar County Bank and Trust Company under Trust #247.

7

8   Marquette National Bank and Trust Company, 6155 South Pulaski Road, Chicago,

9   Illinois 60629.  Attention:  Land Trust Department, Marquette National Bank

10  and Trust Company under Trust #6762.

11  PROPERTY SiTUATED; 209-11

12  EAST WASHINGTON STREET,

13  BLOOMINGTON, Ill. 61701

14

15  APRIL 27, 2007

16

17  to C.E.F.C.U.

18  Att: BRIAN MUELLER

19  BUSINESS LOAN OFFICER

20  EMPIRE MEMBER CENTER

21  EDWIN P. BRUHL WiLL BE

22  ① TRUSTEE

23  ② PLAINTIFF

24  ③ ATTORNEY

25  ④ DEFENDANT

⑤ INVESTOR

⑥ AMERICAN CITIZEN

Commercial Property Lien - 4  ⑦ ON BE-HALF OF BANKS

4-27-2007  Edwin P. Bruhl

**FOR SERVICE BY PRIVATE PROCESS**

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## MCLEAN COUNTY, ILLINOIS

HEARTLAND BANK AND TRUST
COMPANY,

                Plaintiff,

vs.

BEN SLOTKY, CASTLE ENTERTAINMENT,
L.L.C., FUNNY BONE TICKETS INC.,
EDWIN P. BRUHL, UNKNOWN OWNERS
and NON-RECORD CLAIMANTS,

                Defendants.

CASE NO. 07-CH- _09_

**Please serve:**

**Edwin P. Bruhl**
**301 Center Street**
**Varna, Illinois 61375**

## 30-DAY SUMMONS

TO EACH OF THE ABOVE-NAMED DEFENDANTS—You are hereby summoned and
required to file a written answer in this case, or otherwise file your written entry of appearance, 
in the office of the Clerk of this Court (located in the McLean County Courthouse, Bloomington, 
Illinois) within 30 days after service of this Summons, exclusive of the day of service. If you fail 
to do so, a judgment by default may be taken against you for the relief requested in this 
Complaint.

This Summons must be returned by the officer or other person to whom it was given for service, 
with endorsement thereon of service and fees, if any, immediately after service. If service cannot 
be made, this Summons shall be returned so endorsed.

This Summons may not be served later than 30 days after its date.

WITNESS, this _09_ day of _January_ 2007

_____ Clerk of the Court

**SEAL**

By: _____
                Deputy

Plaintiff's Attorney:
Timothy J. Howard
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois 61602
(309) 672-1483
(309) 672-1568 (Facsimile)
ARDC No. 01271202

Date of Service _1 – 10 – 07_
(To be inserted by officer on copy
left with defendant or other person.)

11/30/2005 13:45 1FAX                         → Tim Owen PDF      ☑001/012

RECORDATION REQUESTED BY:
   Heartland Bank and Trust
   Company
   Fort Jesse Office
   1725 Fort Jesse Road
   Normal , IL 61761

WHEN RECORDED MAIL TO:
   Heartland Bank and Trust
   Company
   Fort Jesse Office
   1725 Fort Jesse Road
   Normal , IL 61761

Image# 004982720012 Type: OFF
Recorded: 11/30/2005 at 03:59:04 PM
Total Amt: $39.00 Page 1 of 12
IL Rental Housing Fund: $10.00
McLean County, IL
H. Lee Newcom Recorder
File 2005-00036130

_____
                              **FOR RECORDER'S USE ONLY**

This Mortgage prepared by:
   Heartland Bank and Trust Company
   1725 Fort Jesse Road
   Normal , IL 61761

_____

## MORTGAGE

**MAXIMUM LIEN.** At no time shall the principal amount of indebtedness secured by the Mortgage, not including sums advanced to protect the security of the Mortgage, exceed $1,565,234.00.

**THIS MORTGAGE** dated November 30, 2005, is made and executed between Ben Slotky, A Married Person (referred to below as "Grantor") and Heartland Bank and Trust Company, whose address is 1725 Fort Jesse Road, Normal , IL 61761 (referred to below as "Lender").

**GRANT OF MORTGAGE.** For valuable consideration, Grantor mortgages, warrants, and conveys to Lender all of Grantor's right, title, and interest in and to the following described real property, together with all existing or subsequently erected or affixed buildings, improvements and fixtures; all easements, rights of way, and appurtenances; all water, water rights, watercourses and ditch rights (including stock in utilities with ditch or irrigation rights); and all other rights, royalties, and profits relating to the real property, including without limitation all minerals, oil, gas, geothermal and similar matters, (the "Real Property") located in McLean County, State of Illinois:

   Unit 1 and 29.8% undivided percentage interest of ownership of the common elements of The Castle Condominium as delineated on the Survey of the West 1/2 of Lot 8 and 4.4 feet off of the entire East side of Lot 9 of the Subdivision of the Southeast 1/4 of Section 4, Township 23 North, Range 2 East of the Third Principal Meridian, according to the plat thereof recorded June 09, 1941 in McLean County, Illinois, according to the plat thereof recorded attached as Exhibit "F" to the Declaration of Condominium Ownership recorded November ___30___ , 2005 as Document Number 2005-36128 , in McLean County, Illinois.



The Real Property or its address is commonly known as 209 East Washington, Bloomington, IL 61701. The Real Property tax identification number is 21-04-409-020 (Book 44).

Grantor presently assigns to Lender all of Grantor's right, title, and interest in and to all present and future leases of the Property and all Rents from the Property. In addition, Grantor grants to Lender a Uniform

12 PAGES



**EXHIBIT**
**A**

# PROMISSORY NOTE

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $782,617.00 | 12-21-2005 | 12-21-2008 | 6001003256 | 016 / 017 | | RWG | |

References in the shaded area are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

**Borrower:** Castle Entertainment, LLC (TIN: 37-1411979)
1112 Elmwood Road
Bloomington, IL 61701

**Lender:** Heartland Bank and Trust Company
Fort Jesse Office
1725 Fort Jesse Road
Normal , IL 61761

---

**Principal Amount: $782,617.00**      **Interest Rate: 8.125%**      **Date of Note: December 21, 2005**

**PROMISE TO PAY.** Castle Entertainment, LLC ("Borrower") promises to pay to Heartland Bank and Trust Company ("Lender"), or order, in lawful money of the United States of America, the principal amount of Seven Hundred Eighty-two Thousand Six Hundred Seventeen & 00/100 Dollars ($782,617.00), together with interest at the rate of 8.125% per annum on the unpaid principal balance from December 21, 2005, until paid in full.

**PAYMENT.** Borrower will pay this loan in 35 regular payments of $7,589.03 each and one irregular last payment estimated at $700,195.29. Borrower's first payment is due January 21, 2006, and all subsequent payments are due on the same day of each month after that. Borrower's final payment will be due on December 21, 2008, and will be for all principal and all accrued interest not yet paid. Payments include principal and interest. Unless otherwise agreed or required by applicable law, payments will be applied first to any accrued unpaid interest; then to principal; then to any unpaid collection costs; and then to any late charges. The annual interest rate for this Note is computed on a 365/360 basis; that is, by applying the ratio of the annual interest rate over a year of 360 days, multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding. Borrower will pay Lender at Lender's address shown above or at such other place as Lender may designate in writing.  Other payments are as described on the attached addendum.

**PREPAYMENT; MINIMUM INTEREST CHARGE.** In any event, even upon full prepayment of this Note, Borrower understands that Lender is entitled to a minimum interest charge of $35.00. Other than Borrower's obligation to pay any minimum interest charge, Borrower may pay without penalty all or a portion of the amount owed earlier than it is due. Early payments will not, unless agreed to by Lender in writing, relieve Borrower of Borrower's obligation to continue to make payments under the payment schedule. Rather, early payments will reduce the principal balance due and may result in Borrower's making fewer payments. Borrower agrees not to send Lender payments marked "paid in full", "without recourse", or similar language. If Borrower sends such a payment, Lender may accept it without losing any of Lender's rights under this Note, and Borrower will remain obligated to pay any further amount owed to Lender. All written communications concerning disputed amounts, including any check or other payment instrument that indicates that the payment constitutes "payment in full" of the amount owed or that is tendered with other conditions or limitations or as full satisfaction of a disputed amount must be mailed or delivered to: Heartland Bank and Trust Company, Fort Jesse Office, 1725 Fort Jesse Road, Normal , IL 61761.

**LATE CHARGE.** If a payment is 10 days or more late, Borrower will be charged 5.000% of the regularly scheduled payment.

**INTEREST AFTER DEFAULT.** Upon default, including failure to pay upon final maturity, Lender, at its option, may, if permitted under applicable law, increase the interest rate on this Note 5.000 percentage points. The interest rate will not exceed the maximum rate permitted by applicable law.

**DEFAULT.** Each of the following shall constitute an event of default ("Event of Default") under this Note:

**Payment Default.** Borrower fails to make any payment when due under this Note.

**Other Defaults.** Borrower fails to comply with or to perform any other term, obligation, covenant or condition contained in this Note or in any of the related documents or to comply with or to perform any term, obligation, covenant or condition contained in any other agreement between Lender and Borrower.

**Default In Favor of Third Parties.** Borrower or any Grantor defaults under any loan, extension of credit, security agreement, purchase or sales agreement, or any other agreement, in favor of any other creditor or person that may materially affect any of Borrower's property or Borrower's ability to repay this Note or perform Borrower's obligations under this Note or any of the related documents.

**False Statements.** Any warranty, representation or statement made or furnished to Lender by Borrower or on Borrower's behalf under this Note or the related documents is false or misleading in any material respect, either now or at the time made or furnished or becomes false or misleading at any time thereafter.

**Death or Insolvency.** The dissolution of Borrower (regardless of whether election to continue is made), any member withdraws from Borrower, or any other termination of Borrower's existence as a going business or the death of any member, the insolvency of Borrower, the appointment of a receiver for any part of Borrower's property, any assignment for the benefit of creditors, any type of creditor workout, or the commencement of any proceeding under any bankruptcy or insolvency laws by or against Borrower.

**Creditor or Forfeiture Proceedings.** Commencement of foreclosure or forfeiture proceedings, whether by judicial proceeding, self-help, repossession or any other method, by any creditor of Borrower or by any governmental agency against any collateral securing the loan. This includes a garnishment of any of Borrower's accounts, including deposit accounts, with Lender. However, this Event of Default shall not apply if there is a good faith dispute by Borrower as to the validity or reasonableness of the claim which is the basis of the creditor or forfeiture proceeding and if Borrower gives Lender written notice of the creditor or forfeiture proceeding and deposits with Lender monies or a surety bond for the creditor or forfeiture proceeding, in an amount determined by Lender, in its sole discretion, as being an adequate reserve or bond for the dispute.

**Events Affecting Guarantor.** Any of the preceding events occurs with respect to any Guarantor of any of the indebtedness or any Guarantor dies or becomes incompetent, or revokes or disputes the validity of, or liability under, any guaranty of the indebtedness evidenced by this Note.

**Adverse Change.** A material adverse change occurs in Borrower's financial condition, or Lender believes the prospect of payment or performance of this Note is impaired.

**Insecurity.** Lender in good faith believes itself insecure.

**LENDER'S RIGHTS.** Upon default, Lender may declare the entire unpaid principal balance on this Note and all accrued unpaid interest immediately due, and then Borrower will pay that amount.

**ATTORNEYS' FEES; EXPENSES.** Lender may hire or pay someone else to help collect this Note if Borrower does not pay. Borrower will pay Lender that amount. This includes, subject to any limits under applicable law, Lender's attorneys' fees and Lender's legal expenses, whether or not there is a lawsuit, including attorneys' fees, expenses for bankruptcy proceedings (including efforts to modify or vacate any automatic stay or injunction), and appeals. If not prohibited by applicable law, Borrower also will pay any court costs, in addition to all other sums provided by law.

**JURY WAIVER.** Lender and Borrower hereby waive the right to any jury trial in any action, proceeding, or counterclaim brought by either Lender or Borrower against the other.

**GOVERNING LAW.** This Note will be governed by federal law applicable to Lender and, to the extent not preempted by federal law, the laws of the State of Illinois without regard to its conflicts of law provisions. This Note has been accepted by Lender in the State of Illinois.

**CHOICE OF VENUE.** If there is a lawsuit, Borrower agrees upon Lender's request to submit to the jurisdiction of the courts of McLean County, State of Illinois.

**CONFESSION OF JUDGMENT.** Borrower hereby irrevocably authorizes and empowers any attorney-at-law to appear in any court of record and to confess judgment against Borrower for the unpaid amount of this Note as evidenced by an affidavit signed by an officer of Lender setting forth the amount then due, attorneys' fees plus costs of suit, and to release all errors, and waive all rights of appeal. If a copy of this Note, verified by an affidavit, shall have been filed in the proceeding, it will not be necessary to file the original as a warrant of attorney. Borrower waives the right to any stay of execution and the benefit of all exemption laws now or hereafter in effect. No single exercise of the foregoing warrant and power to confess judgment will be deemed to exhaust the power, whether or not any such exercise shall be held by any court to be invalid, voidable, or void; but the power will continue undiminished and may be exercised from time to time as Lender may elect until all amounts owing on this Note have been paid in full. Borrower hereby waives and releases any and all claims or causes of action which Borrower might have against any attorney acting under the terms of authority which Borrower has granted herein arising out of or connected with the confession of judgement hereunder.

**DISHONORED ITEM FEE.** Borrower will pay a fee to Lender of $22.25 if Borrower makes a payment on Borrower's loan and the check or preauthorized charge with which Borrower pays is later dishonored.

3 PAGES



EXHIBIT
B

## PROMISSORY NOTE
(Continued)

Loan No: 6001003256                                                                          Page 2

**RIGHT OF SETOFF.** To the extent permitted by applicable law, Lender reserves a right of setoff in all Borrower's accounts with Lender (whether checking, savings, or some other account). This includes all accounts Borrower holds jointly with someone else and all accounts Borrower may open in the future. However, this does not include any IRA or Keogh accounts, or any trust accounts for which setoff would be prohibited by law. Borrower authorizes Lender, to the extent permitted by applicable law, to charge or setoff all sums owing on the indebtedness against any and all such accounts, and, at Lender's option, to administratively freeze all such accounts to allow Lender to protect Lender's charge and setoff rights provided in this paragraph.

**COLLATERAL.** Borrower acknowledges this Note is secured by Security Agreements dated December 21, 2005 and A Real Estate Mortgage executed by Ben Slotky dated November 30, 2005 and filed with the McLean County Recorder as Document #200500035130.

**SECURITY INTEREST IN DEPOSIT ACCOUNTS.** Borrower grants to Lender a contractual security interest in, and hereby assigns, conveys, delivers, pledges, and transfers to Lender all Borrower's right, title and interest in and to, Borrower's deposit accounts with Lender (whether checking, savings, or some other account), including without limitation all deposit accounts held jointly with someone else and all deposit accounts Borrower may open in the future, excluding however all IRA and Keogh accounts, and all trust accounts for which the grant of a security interest would be prohibited by law. Borrower authorizes Lender, to the extent permitted by applicable law, to charge or setoff all sums owing on this Note against any and all such deposit accounts.

**SECURITY PROVISION.** This Note may be secured by prior or subsequent security documents notwithstanding that such security is not indicated herein in the paragraph entitled "Collateral".

**SUCCESSOR INTERESTS.** The terms of this Note shall be binding upon Borrower, and upon Borrower's heirs, personal representatives, successors and assigns, and shall inure to the benefit of Lender and its successors and assigns.

**GENERAL PROVISIONS.** Lender may delay or forgo enforcing any of its rights or remedies under this Note without losing them. Borrower and any other person who signs, guarantees or endorses this Note, to the extent allowed by law, waive presentment, demand for payment, and notice of dishonor. Upon any change in the terms of this Note, and unless otherwise expressly stated in writing, no party who signs this Note, whether as maker, guarantor, accommodation maker or endorser, shall be released from liability. All such parties agree that Lender may renew or extend (repeatedly and for any length of time) this loan or release any party or guarantor or collateral; or impair, fail to realize upon or perfect Lender's security interest in the collateral; and take any other action deemed necessary by Lender without the consent of or notice to anyone. All such parties also agree that Lender may modify this loan without the consent of or notice to anyone other than the party with whom the modification is made. The obligations under this Note are joint and several.

**ILLINOIS INSURANCE NOTICE.** Unless Borrower provides Lender with evidence of the insurance coverage required by Borrower's agreement with Lender, Lender may purchase insurance at Borrower's expense to protect Lender's interests in the collateral. This insurance may, but need not, protect Borrower's interests. The coverage that Lender purchases may not pay any claim that Borrower makes or any claim that is made against Borrower in connection with the collateral. Borrower may later cancel any insurance purchased by Lender, but only after providing Lender with evidence that Borrower has obtained insurance as required by their agreement. If Lender purchases insurance for the collateral, Borrower will be responsible for the costs of that insurance, including interest and any other charges Lender may impose in connection with the placement of the insurance, until the effective date of the cancellation or expiration of the insurance. The costs of the insurance may be added to Borrower's total outstanding balance or obligation. The costs of the insurance may be more than the cost of insurance Borrower may be able to obtain on Borrower's own.

PRIOR TO SIGNING THIS NOTE, BORROWER READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS NOTE. BORROWER AGREES TO THE TERMS OF THE NOTE.

BORROWER ACKNOWLEDGES RECEIPT OF A COMPLETED COPY OF THIS PROMISSORY NOTE.

BORROWER:

CASTLE ENTERTAINMENT, LLC

By: _____
   Ben Slotky

UNITED STATES District Court

600 East Monore Street

Springfield, Illinois

62701

June 27, 2007

DEFENDANT

# 3

City of Bloomington,

109 East Olive Street,

Bloomington, Ill.

61701

JUNE 13, 2007

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS
62701

PAMELA C. SHERRY - CLERK -
U.S. BANKRUPTCY

RE: BEN SLOTKY
CASE #07-70692

PRIOR to this DATE, the FOLLOWING PEOPLE EXPRESSED AN INTEREST IN this COMM'L BLDG SITUATED;
209-11 EAST WASHINGTON STREET, BLOOMINGTON, ILLINOIS 61701


JESSE SMART - FORMER MAYOR - CITY OF BLOOMINGTON, ILL
SHARON McGINNESS - BLOOMINGTON UN-LIMITED
KEN BUSH - PERSONAL FRIEND OF J. SMART
JUDY MARROWITZ - FORMER MAYOR - BLOOMINGTON ILL.

June 16, 2007

United States Bankruptcy Court

Central District of Illinois

Springfield, Ill. 62701

Relief Requested

Ben Slotky

Case # 07-70692

Prior to my (BRUHL) inspecting this property (Castle Theatre) the owners talked to Jesse Smart about their taking a tax write-off if the city interested in taking building. I wasn't there but Jesse Smart talks my neigbor "Paxton typewriter company" to paying for "Castle theatre" taxes.

Refer to County Records.

Bruhl buys the property and Paxton wants their money back. McLean County returns their money and creates Big - Big - Big - Problem

# The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins. and Mr. Bruhl has the needed papers to defend himself.

JUNE 21, 2007

PRIOR to MY (EDWIN P. BRUHL - TRUSTEE AND ATTORNEY FOR BANKS ~ SEE ATTACHED- ENTRY IN-VOLVING the "CASTLE theatre" the OWNERS OF BUILDING 209-11 EAST WASHINGTON STREET, BLOOMINGTON, ILL. 61701 TALKED to JESSE SMART ABOUT their TAKING TAX WRITE-OFF IF BLOOMINGTON WILL TAKE BUILDING. THE REASON FOR "SUMMONS" WILL BE to DETERMINED the NEEDED PAPER WORK to DETERMINE "WHO OR WHOM OWNS WHAT"

E. Bruhl 6-21-07

JUNE 16, 2007

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD, ILL. 62701

RELIEF REQUESTED

Ben Slotky

CASE 07-70692

PRIOR to this DATE - MY NEIGBOR

CALLED the NIGHT BEFORE tELLING

ME "CITY OF BLOOMINGTON SELLING

ME OUT." AUCTION BEING

CONDUCTED ON THEATRE PROPERTY

I DID NOT GO IN BUT ASKED QUESTIONS

ABOUT WHO OR WHOM AUTHORIZED

AUCTION

BRUHL GOES TO SHERIFF DEPT.

BRUHL GOES TO TV STATION

CHANNEL 43 BLOOMINGTON, ILL.

BRUHL GOES TO CHANNEL 31 PEORIA, ILL.

TODD GREENBERG - CORP. COUNSEL FOR

CITY OF BLOOMINGTON, ILL

WE OWN the "CASTLE THEATRE AND

EVERYTHING IN IT - TO CHANNEL 31 MANAGER

PEORIA, ILL.

## FORMER MAYOR JUDY MARKOWITZ

SHORTLY AFTER BEING ELECTED MAYOR OF BLOOMINGTON, Ill PLAINTIFF IN THIS CASE STOOD IN MAYORS OFFICE TALKING ABOUT "CASTLE THEATRE" 209.11 EAST WASHINGTON St.

THE MAYOR DESCRIBED THE CITY HAVING AN INTEREST IN THE "CASTLE THEATRE" AND  → SEE INTERESTED IN PURCHASE.  ATTACHED NO PRICE MENTIONED

UNITED STATES BANKRUPTCY COURT
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS
62701

JUNE 14, 2007

CITY OF BLOOMINGTON, ILL. FORMER
MAYOR - JUDY MARKOWITZ

SHORTLY AFTER BEING ELECTED
MAYOR OF BLOOMINGTON, ILL. EDWIN
BRUHL STOOD IN MAYORS OFFICE
TALKING ABOUT "CASTLE THEATRE"
SITUATED: 209-11 EAST WASHINGTON St.
BLOOMINGTON, ILL. 61701

THE MAYOR DESCRIBED THE CITY
HAVING AN INTEREST IN THE
"CASTLE" THEATRE AND INTERESTED
IN PURCHASE. NO PRICE
MENTIONED

THE ONLY ITEM I COULD FIND
BEING A MORTGAGE TO THE CITY
OF BLOOINGTON 2-17-1981 - "COMMERCIAL

UNITED STATES BANKRUPTCY COURT

600 EAST MONROE STREET

SPRINGFIELD, ILLINOIS

62701

JUNE 14, 2007

City of Bloomington, Ill. Former

Mayor - Judy Markowitz

(Continued From Previous

Page)

Rehabilitation Loan Revolving

Fund Dated February 17, 1981

And Recorded February 23, 1981

As Document # 81-1491

Sometime Afterward, Bruhl

Observed a Worker in Building

* 209-11 East Washington

Bloomington, Ill

Throwing out Theatre

Seating. See Report

Re-Garding Theatre

Seats.

## WARRANTY DEED

The GRANTOR, LEO W. FORBES, JR., a divorced person not since remarried, of the City of Bloomington, County of McLean and State of Illinois, for and in consideration of the sum of Ten and More Dollars, in hand paid, CONVEYS AND WARRANTS to KERASOTES ILLINOIS THEATERS, INC., a Delaware Corporation, successor in interest to KERASOTES DECATUR THEATRES, INC., having its principal office, in the City of Springfield, County of Sangamon and State of Illinois, the following described real estate:

21-04-407-003  & Pt. 21-04-409-002

The West Half (W½) of Lot Eight (8) and 4.44 feet off of the entire East side of Lot Nine (9) of the Subdivision of the Southeast Quarter (SE¼) of Section Four (4), Township Twenty-three (23) North, Range Two (2) East of the Third Principal Meridian, per plat recorded June 9, 1941.

Situated in McLEAN COUNTY, ILLINOIS.

Subject to taxes for 1983, and subsequent years; to restrictive covenants and building restrictions of record; to easements of record and in place, including any and all party wall agreements; to a certain Mortgage made by Leo W. Forbes, Jr., to the City of Bloomington as Agent for the Commercial Rehabilitation Loan Revolving Fund dated February 17, 1981, and recorded February 23, 1981, as Document No. 81-1491;

Also specifically subject to the unpaid principal balance in the amount of $34,161.23, with interest as therein specified, of a certain Mortgage dated November 7, 1980, made by Leo W. Forbes, Jr. to American State Bank of Bloomington, Illinois, which said Mortgage was recorded on November 12, 1980, as Document No. 80-12386, and which said Mortgage the GRANTEE herein expressly agrees to assume and pay.

GRANTOR recites that he makes this Deed in fulfillment of a certain Contract for Deed entered into August 4, 1978, between Leo W. Forbes, Jr., the GRANTOR herein, and Kerasotes Decatur Theatres, Inc., the predecessor corporation of the GRANTEE herein. By making this conveyance, the GRANTOR acknowledges the completion of said Contract for Deed by the GRANTEE herein.

GRANTOR hereby releases and waives all rights under and by virtue of the Homestead Exemption Laws of this State.

Dated this 29th day of March, 1984.

_Leo W. Forbes Jr._ (SEAL)
Leo W. Forbes, Jr.

STATE OF ILLINOIS  )
                   ) SS.
COUNTY OF McLEAN   )

I, Louise Pearson                    , a Notary Public in and for the County and State aforesaid, do hereby certify that LEO W. FORBES, JR., a divorced person not since remarried, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that he signed, sealed and delivered the said instrument as his free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and notarial seal this 28th day of March, 1984.

My Commission Expires:
  Jan 2, 1988

_Louise Pearson_
Notary Public

Grantees Address:
104 North Sixth Street
Springfield, IL 62701

Prepared by:
Brown, Hay & Stephens
700 First National Bank Bldg.
Springfield, Illinois 62701

Send Tax Notice to:
Kerasotes Illinois Theaters, Inc.
104 N. 6th Street
Springfield, Il 62701

1598

# UNITED STATES DISTRICT COURT
## 600 EAST MONORE STREET
### SPRINGFIELD, ILLINOIS
#### 62701

JUNE 28, 2007

City OF BLOOMINGTON ILLINOIS
109 EAST OLIVE STREET,
BLOOMINGTON, ILL 61701

WRONGFUL EVICTION

JESSE SMART

KEN BUSH

→ BLOOMINGTON UNLIMITED
    → SHARON McGINNESS

BEGINNING ON THE DATE OF
    FEBRUARY 28, 1997 —
SHERIFF OF McLEAN COUNTY
DAMAGED + CHANGED LOCKS
    COMM'L BLDG.

209-11 E. WASHINGTON St., BLOOMINGTON, Ill.

June 13, 2007

United States Bankruptcy Court

Central District of Illinois

Springfield, Illinois

62701

Pamela C. Sherry - Clerk -
U.S. Bankruptcy
RE: Ben Shotky
Case # 07-70692

On the date of February 28, 1997,
the Sheriff Deputy of McLean
County pounding on door of Bldg;
209-11 East Washington Street,
Bloomington, Ill. 61701
Deputy to Bruhl - You are going to
Be evicted and posted
notice on door. Friday P.M. 1:30 P.M.
Following Monday A.M. phone call -home
Do not return to Bldg. Door bashed in
locks changed

UNITED STATES BANKRUPTCY COURT
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS
62701

JUNE 14, 2007

CITY OF BLOOMINGTON, Ill - FORMER
MAYOR - JUDY MARKOWITZ
PRIOR to this DATE, the
CITY OF BLOOMINGTON WAS
thinking OF hiring students
FROM HIGH school to Do
the WORK AT the THEATRE.
BRUHL AttENDED SCHOOL BOARD
MEETING AS "LEADED PAINT
ABUNDANT" AND "ASBESTOS"
It WAS RE-QUESTED MY
LEAVING the
MEETING.

MANY times BRUHL WRITING to
MARKOWITZ REGARDING POOR
CONDITIONS At BUILDING. DOORS
WIDE OPEN - DANGEROUS CONDITIONS -
SEE FILE

June 16, 2007

United States Bankruptcy Court
Central District of Illinois
Springfield, Ill. 62701
Relief Requested

Ben Slotky
CASE 07-70692

Prior to this date - My Neigbor
called the night before telling
me "City of Bloomington selling
me out." Auction being
conducted on theatre property

I did not go in but asked Questions
about who or whom authorized
Auction

Bruhl goes to Sheriff Dept.
Bruhl goes to TV Station
         Channel 43 Bloomington, Ill.
Bruhl goes to Channel 31 Peoria, Ill.
Todd Greenberg - Corp. Counsel for
    City of Bloomington, Ill
We own the "Castle theatre and
everything in it - to Channel 31 Manage

JUNE 14, 2007

UNITED STATES BANKRUPTCY COURT
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS
62701

City of BLOOMINGTON, Ill. FORMER MAYOR:
JUDY MARKOWITZ

I - EDWIN P. BRUHL BELIEVE that
JUDY MARKOWITZ WAS hiRING
WORKERS NOT KNOWING WHERE
the MONEY WAS COMING FROM
in ORDER to pay the WORKERS
I- EDWIN P. BRUHL have NO IDEA
WHAT KIND OF A DEAL WAS WORKED
out BETWEEN JUDY MARKOWITZ AND
BEN SLOTKY
I. EDWIN P. BRUHL BELIEVE the
FINANCIAL ARRANGEMENTS WORKED
out with HEARTLAND BANK AND
trust COMPANY WERE political MOTIVE.

June 14, 2007

United States Bankruptcy Court

600 East Monroe Street,

Springfield, Illinois

62701

City of Bloomington, Ill. Either Mayor

or Former Mayor - Judy Marrovitz

① Community Bank of Greater Peoria,

East Peoria, Ill.

② 1995 - Magna Bank of Illinois

Several Locations

③ Union Planters Bank H.O. Tenn.

Several Locations

④ Regions Bank

Several Locations

During the tenure of Judy Markovitz

Bruhl discovered an employee of

Union Planters Bank was buying

and/or selling real estate on

be·half of the City of Bloomington, Ill

Complaint Filed

U.S.D.C. Northern District of Illinois

MAY 26, 2007

THE CITY OF BLOOMINGTON,
BLOOMINGTON, ILLINOIS
61701

THIS CITY HAS A LONG
HISTORY OF USING THE
BANK AND/OR FININACIAL
INSTUTIONS TO ~~DO~~ ~~THEIR~~
PERFORM THEIR AMBITIONS
(DO THE WORK)

COMM BANK
MAGNA BANK
UNION PLANTERS
REGIONS BANK

SEE U.S.D.C. - CHICAGO, ILL.
BRUHL VS UNION PLANTERS
BANK

BANK EMPLOYEE BUYING AND
SELLING REAL ESTATE NOT
OWNED BY BANK OR
CITY OF BLOOMINGTON, ILL.
FRAUD

## FORMER MAYOR JUDY MARKOWITZ

SHORTLY AFTER BEING ELECTED MAYOR OF BLOOMINGTON, ILL PLAINTIFF IN THIS CASE STOOD IN MAYORS OFFICE TALKING ABOUT "CASTLE THEATRE"
209·11 EAST WASHINGTON ST.


THE MAYOR DESCRIBED THE CITY HAVING AN INTEREST IN THE "CASTLE THEATRE" AND ⟶ SEE INTERESTED IN PURCHASE. ATTACHED NO PRICE MENTIONED

E-FILED
Monday, 16 July, 2007 04:18:54 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

600 EAST MONORE STREET

SPRINGFIELD, ILLINOIS

62701

JUNE 28, 2007

DEFENDANT #4

WICKS PIPE ORGAN

COMPANY

# COMPLAINT

KEN BUSH MADE it KNOWN FROM
THE VERY BEGINNING. HE WAS
PERSONAL FRIEND OF JESSIE
SMART AND ALSO INTERESTED
IN "PIPE ORGAN"
UPON THE "WRONGFUL
EVICTION OF BRUHL"
POLITICS WORKING ON
TUCK-POINTING. KEN BUSH
WORKING ON CONSPIRING WITH
DEFENDANT #4 TO BROKER -
BARTER - TRADE - SELL -
BRUHLS PROPERTY

UNITED STATES District Court

600 East Monore Street

Springfield, Illinois

62701

June 27, 2007

DEFENDANT

#4

Wicks Pipe ORGAN

COMPANY

1100 5th Street,

HIGHLAND, Ill. 62249

AND

the Lincoln theatre

Belleville,

Ill.

JUNE 22, 2007

WICKS PIPE ORGAN COMPANY

1100 5th STREET, (FIFTH)

HIGHLAND, ILL.    62249

Att: CARL WICK

618- 654- 2191

LINCOLN THEATRE

BELLEVILLE, ILL.

JUNE 16, 2007

UNITED STATES BANKRUPTCY
COURT

CENTRAL DISTRICT OF ILLINOIS

226 E. MONROE STREET, SPRINGFIELD
ILLINOIS 62701

PROOF OF CLAIM FORM B10

OFFICIAL FORM 10 (04/07)

THIS PIPE ORGAN PROJECT BEGAN ON
THANKSGIVING DAY WEEK-END
YEAR -1967 - CHICAGO, Ill.

BETWEEN 1961 AND 1967 - THE GOVERNMENT
HAD BEEN BUYING PROPERTY BETWEEN 61st STREET AVE OR
AND 63RD STREET ON COTTAGE GROVE ST.

ON THE EAST SIDE OF COTTAGE GROVE WERE
TWO VERY LARGE BUILDINGS (BOTH BEING
LANDMARKS AND BOTH FAMOUS AT ONE
TIME) TRIANON BALLROOM AND
MASONIC MASIC LODGE (BOTH HAVING —

* BOTH BLD's HAVING LARGE PIPE ORGANS

THIS EN-TIRE PROJECT FINANCED BY
MARQUETTE NATIONAL BANK AND TRUST. Co.

* I HAVE PICTURES

JUNE 16, 2007

UNITED STATES BANKRUPTCY
COURT

CENTRAL DISTRICT OF ILLINOIS
226 E. MONROE STREET, SPRING FIELD,
ILLINOIS 62701

PROOF OF CLAIM FORM B10

OFFICIAL FORM 10 (04/07)

JESSE SMART - FORMER MAYOR OF
BLOOMINGTON, ILL. HAD BEEN CALLING
ME REGARDING "PIPE ORGANS"
I SUGGESTED his VISITING
MESA, ARIZ.

HE SAID HE WAS GOING THE NEXT
WEEK.

DURING THE EARLY PART OF 1997 -
STUDENT FROM I.S.U. AND PERSONAL FRIEND
OF JESS SMART RE-QUESTING PERMISSION to
TAKE PICTURES AS HE IN-VOLVED WITH
PROJECT FOR GRADUATION. HE SAID it
HE SAID it WOULD TAKE SEVERAL DAYS.
LATER - JESSE SMART SAID HE WAS WORKING
ON FINANCE PACKAGE FOR ME (NOT REQUESTED)
AND NEEDED COMPLETE LIST OF IN-VENTORY
7½ MILLION



*E. BRUHL*
*JUNE 27,*
*2007*

May 22, 2007

Greeting from Erie, Pennsylvania!

Enclosed you will find OSI's 2007 Price List along with some new product information. It is our objective to provide competitive pricing while delivering a quality product on a timely basis. As you review the pricing you will notice nominal increases in most areas, significant increases in commodities intensive areas and a few areas of reduced prices as a result of improved efficiencies and/or technology integration.

Metal pipe prices were the hardest hit with metals costs up from 50% to 125% over early 2006. We are hoping this movement levels off and possibly retreats as international demand stabilizes. We ask that you use the metal pipe pricing as a guide and call for quotes. We adjust pricing accordingly as the metals market changes. In turn we have built systems that allow us to input materials costs and generate an accurate price instantly, ensuring you receive the most competitive pricing possible. In the end, OSI continues to study costs and processes in an effort to contain prices and provide the highest quality product possible.

OSI continues to explore how best to "serve" the industry, both in product and service offerings. In the past year we entered into two resale agreements, allowing OSI to expand its product lines with names you already know and trust. The first is with Peterson Electro-Musical Products, allowing OSI to become a full service distributor of the ICS-4000 Pipe Organ Control Systems. The second is with Schantz Organ Company, to stock and distribute the Zephyr line of organ blowers.

We believe these additions further enhance our dedication to providing options and service to the industry, as both firms have long and solid histories with their respective products. These agreements in no way change our willingness to procure and install other control systems or diminish our stocking and sale of the Ventus line of blowers.

New to the OSI product line is the "251 Swell Shade Operator", introduced last fall. This fully integrated electronic swell engine was developed as a "no hassle" replacement for most pneumatic motor installations as well as a price competitive option for new installations. Being a "one box" DC powered device, it opens a host of new opportunities for both new installations and service activities. The best part about the "251" is the price; $590.00!

You will find documentation on all three products with the new price list. Please feel free to contact Randy, Bryan or Sandy with any questions.

Mail:    P.O. Box 8325, Erie, PA  16505-0325
Ship to:  2320 West 50th St., Erie, PA  16506-4928
Voice:    800 / 374-3674 • 814 / 835-2244
Order Hot Line:  800 / 458-0289
Fax:    814 / 838-0349
E-mail:  osi@organsupply.com

A vital part of





## JONAS NORDWALL

Jonas Nordwall, born and raised in Portland, began his musical education at age four on the accordion. The organ entered his life at an early age and during high school days he played pipe organ at the Oaks Park, in Portland, as relief organist. He studied music at the University of Portland, and with Frederick Geoghogan, in Toronto, Canada. Currently he is senior organist at the Organ Grinder; organist at First United Methodist Church in Portland; and performs in concert extensively throughout North America and Australia.

## PATTI SIMON

Patti, who is from Seattle, Washington, began her musical studies when she received her first accordion for her fourth birthday. Three years later she began classical piano instruction and later added electronic organ. She began her theatre pipe organ studies first with Dick Kimball of Seattle and later with Jonas Nordwall and Paul Quarino of Portland, Oregon. Before joining the Organ Grinder, she played at Pizza and Pipes and Pipe Dream restaurants, both in Seattle.

## THE RESTAURANT

The opening on February 7, 1979, in Denver, Colorado, of the Organ Grinder introduced one of the largest pizza restaurants in the United States to Rocky Mountain pizza lovers. The Organ Grinder is double the size of its sister in Portland, Oregon, and accommodates approximately 1,000 patrons in a unique atmosphere never before seen in a pizza parlor. Customers choose from dozens of combinations of pizza, make their own tossed salads from an ice cold salad bar and select their favorite beverage. A generous luncheon of specialty sandwiches is a pleasing addition to the pizza menu for the midday crowd. During both luncheon and dinner hours, 20,000 lights sparkle as Organ Grinder patrons are entertained by theatre pipe organ music totaling approximately 65 hours of music each week. Silent movies with organ accompaniment, floating bubbles, and life size animal characterizations, combine with the Hurdy-Gurdy toy and gift shop to make a visit to the Organ Grinder an unforgettable experience.

## THE ORGAN

The pipe organ in the Denver Organ Grinder is a new design for a theatre pipe organ utilizing components from the Paramount and Liberty Theatres in Portland, Oregon and many state of the art electronic control systems and space age plastics. In its completed form, the organ now boasts nearly 3,000 pipes, some as large as 32' in length, and a seemingly endless array of percussion instruments, all of which make this the largest installation of its kind in the world.



**Organ Grinder Denver, Inc.®**
2370 W. Alameda
Denver, Colorado 80223
303/934-5864

## SIDE ONE

Jonas Nordwall, Organist
**MY LIFE /** *Joel*
**I DON'T KNOW WHY /** *Ahlert-Turk*
**BIRTH OF THE BLUES /** *Henderson, DeSilva, Brown*
**MALEGUENA /** *Lecuona*

Patti Simon, Organist
**MEDLEY FROM "SATURDAY NIGHT FEVER"**
**HOW DEEP IS YOUR LOVE?**
**STAYIN' ALIVE /** *Gibb-Gibb-Gibb*

## SIDE TWO

Jonas Nordwall, Organist
**TIGER RAG /** *Traditional*
**ANNIE'S SONG /** *Denver*
**MEDITATION FROM "THAIS" /** *Messenet*

Patti Simon, Organist
**OVER THE RAINBOW /** *Arlen-Harburg*
**HOPELESSLY DEVOTED TO YOU /** *Farrar*
Character Medley
**MICKEY MOUSE MARCH /** *Dodd*
**IT'S A SMALL WORLD /** *Sherman-Sherman*
**TALK TO THE ANIMALS /** *Bricusse*
**SUPERCALIFRAGILISTICEXPIALIDOCIOUS /**



JUNE 27, 2007

this INSTRUMENT WAS BROKEN UP
AND SOLD. I - EDWIN BRUHL DID NOT
GET CONSOLE - RE-LAY - 3 RANKS OF
PIPES.

E. Bruhl
6-27-2007

June 16, 2007

United States Bankruptcy

Court

Central District of Illinois

Springfield, Ill.

62701

Defendant #5

Union Plaanters Corp. Et Al

See Attached

U.S.D.C. Chicago, Ill

Case # 03 C 2050

March 21, 2003

MAY 26, 2007

THE CITY OF BLOOMINGTON,
BLOOMINGTON, ILLINOIS
61701

this city has A LONG
HISTORY OF USING THE
BANK AND/OR FININACIAL
INSTUTIONS TO ~~DO~~ ~~THEIR~~
PERFORM THEIR AMBITIONS
(DO THE WORK)

COMM BANK
MAGNA BANK
UNION PLANTERS
REGIONS BANK

SEE U.S.D.C. - CHICAGO, FLL.
BRUHL VS UNION PLANTERS
BANK

BANK EMPLOYEE BUYING AND
SELLING REAL ESTATE NOT
OWNED BY BANK OR
CITY OF BLOOMINGTON, FLL.
FRAUD

UNITED STATES DISTRICT COURT

600 EAST MONORE STREET

SPRINGFIELD, ILLINOIS

62701

JUNE 27, 2007

THE ATTACHED MEMO

REGARDING

LEWIS LASKA

901 CHURCH STREET,

NASHVILLE, TENN.

37203

BRUHL BELIEVES THIS

MAN IS AN ATTORNEY

RE-PRESENTING UNION

PLANTERS BANK

OR

THE HOLDING COMPANY

United States District Court
600 East Monore Street
Springfield, Illinois
62701

June 27, 2007

U.S. District Court
Chicago, Ill.
Judge Lindberg

the Attached Reference
is Refering to the First
case Filed (Ken Bush)
See Attached   4-25-2006
Now pending either
in Washington D.C. or
Chicago, Ill.

E. Bruhl

# CROSS REFERENCE COURT CASES

## Within the United States Federal Court System

iB    Note →    ( FIRST CASE FILED )    ↕ Note

EDWIN P. BRUHL, plaintiff

VS

KEN BUSH (DEFENDANT #1

16 or 17

plus ~~NINE~~ ADDITIONAL

DEFENDANTS) (SEE Attached) PAGE #2 & #3

U.S.D.C. CENTRAL District of Illinois

CASE # 98-1398 FILED DEC. 09, 1998

JUDGE MICHAEL M. MIHM

TODD GREENBERG - COUNSEL

CORP. - City of Bloomington

Edwin P. Bruhl

301 CENTER STREET,

VARNA, Ill. 61375

309-463-2420

{ U.S.D.C. CHICAGO Ill
NORTHERN DIST. OF Fll

ON THE DATE OF SEPTEMBER 10, 2003

PLAINTIFF AND TRUSTEE EDWIN P.

BRUHL SR. STOOD BEFORE JUDGE

LINDBERG PLEADING WITH him to

OBEY the LAWS OF this COUNTRY.

Both STATE AND FEDERALS.

FIRST CASE
FILED

{ Edwin P. Bruhl
april 25, 2006

4th

FRAUD

FOURTH CASE FILED

EDWIN P. BRUHL PLAINTIFF AND TRUSTEE
VS

UNION PLANTERS CORP. ETAL

CASE 03 C 2050     JUDGE CONLON

MAR. 21, 2003

APRIL 25, 2006

UNITED STATES DISTRICT COURTS

U.S.D.C. PEORIA, ILLINOIS

U.S.D.C. CHICAGO, ILL.

CLEAR SHEET

EDWIN P. BRUHL, SR.

PLAINTIFF AND TRUSTEE

TWO NATIONAL BANKS

ONE STATE B.                    } PLAINTIFF

RECEIVED U.S.
SUPREME COURT OF U.S.
POLICE OFFICE

2006 APR 27 P 1:51

the CURRENT

DEFENDANTS (.

IS COMPLETELY

SEE ATTACHED

IN-STRUCT

} DEFENDANTS

This APPEAL AND ALL ATTACHED

has BEEN WRITTEN AND SUB-MITTED BY

EDWIN P. BRUHL SR.

301 CENTER STREET,

VARNA, Ill. 61375

Edwin P. Bruhl

June 16, 2007

United States Bankruptcy Court

Central District of Illinois 62201

CNA Insurance Companies

333 South Wabash Ave.

Chicago, Ill. 60604

DEFENDANT #6

Continental Casualty Ins. Co

American Casualty Ins. Co.

National Fire Ins. Co.

Northern District of Illinois, Chicago, Ill.

Case #00C3042

Judge Rebecca Pallmeyer

In order to become familiar with the case - it is recommended the re-view of the approximate 8 transcripts available. the McLean County Board took this problem on their own By Not inviting plaintiff to their hearing with CNA Insurance. After their hearing - it was announced "CNA Liable"

"Too Much Politics" → EP

UNITED STATES DISTRICT COURT
600 EAST MONORE STREET
SPRINGFIELD, ILLINOIS
62701

June 27, 2007

ONE OF MANY PROBLEMS IN
DEALING WITH THE
AUTHORITY OF
MCLEAN
COUNTY

IT IS BEST TO STUDY
U.S.D.C. CHICAGO, ILL.
BRUHL VS MCLEAN COUNTY
JUDGE REBECCA R.
PALLMEYER

CASE #1:00-CV-03042

APP 8-10 TRASCRIPTIONS
FOR REASONS MY NOT HAVING
THE ANSWER "GOVERNMENT
AND AUTHORITY IN MCLEAN
COUNTY NOT INTERESTED IN
DEALING WITH TITLE OR
INSURANCE COMPANIES.

FROM {
EDWIN P. BRUHL
301 CENTER STREET,
VARNA, Ill. 61375

MAY 22, 2006

TO {
CNA CLAIM DEPT. ATT: JIM MARTEN
333 SO. WABASH AVENUE,
CHICAGO, Ill. 60604

REG {
OUR PHONE CONVERSATION ON DATE
OF NOVEMBER 17, 2005 REGARDING
① KARASOTOS CORP., ② CITY OF BLOOMINGTON, Ill.
③ G.K.C. THEATRES, INC.

REG. {
U.S. DISTRICT COURT CASE #00-C3042
McLEAN COUNTY - ELEVENTH JUDICIAL
CIRCUIT CASE #05-CH-262

ATTACHMENTS {
① CHICAGO TITLE INS. CO. ② BRUHL BUSZIN
TRUST #247 ③ COMM'L BLDG. 209-11 E. WASHINGTON St.,
BLOOMINGTON, Ill. 61701 ④ H. LEE NEWCOM,
McLEAN COUNTY RE-CORDER OF DEEDS
COMM'L LIEN - 207, 209, & 213 WASHINGTON St, BLM, Ill

MESSAGE {
ON THE DATE OF NOV. 17, 2005 - YOU
CONFIRMED YOUR ADVISING ME OF THE
CURRENT STATUS OF OUR CLAIM - SEE
ATTACHED       Edwin P. Bruhl
                 May 22, 2006

JUNE 15, 2007

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD, ILL. 62701

ONE CASUALTY INS, CO.

the SELLER AND BUYER OF COMM'L BLDG sit:

209-11 EAST WASHINGTON St. BLOOMINGTON, ILL. 61701

AGREED TO A "WARRANTY DEED"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CNA Ins.
Attn: Peg Spradan
Corp. Compliance
333 S Wabash Ave
Chicago Il
60604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

JUN 1 3 2007

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)

7004 0750 0002 3455 0091

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

## The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins. and Mr. Bruhl has the needed papers to defend himself.

JUNE 19, 2007

① Chicago title Ins. Comany
② Fidelity National Financial

Fidelity National Financial

owns Chicago title 100%

Edwin P. Bruhl

6- 19 - 2007

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

JUNE 17, 2007

REGARDING the FIRST HEARING AFTER EDWIN P. BRUHL WAS SERVED SUMMONS OPEN COURT - FEB. 10, 2007 WOMAN PRESENT OR SITTING IN PLANTIFF CHAIR (NO INTRODUCTION) BUT I BELIEVE SLOTKY ATTORNEY OR LAWYER. BRUHL ABOUT 5 MINUTES EARLY BUT ANNOUNCED UPON ENTRY " BEFORE YOU DO ANYTHING - CONTACT THE TWO TITLE COMPANIES SEE ATTACHED

**JURY DEMAND**          Yes   ☒                    No ☐

Signed this ___17th___ day of ___JUNE___, __2007__.

_Edwin P. Bruhl_

*( Signature of Plaintiff)*

| Name of Plaintiff: EDWIN P. BRUHL | Inmate Identification Number: EDWIN P. BRUHL |
|---|---|
| Address: 301 CENTER Street VARNA, Ill. 61375 | Telephone Number: 309-463-2420 |

RE-SPONSE IN WRITING ONLY

JUNE 17, 2007

**to** {
FIDELITY NATIONAL FINANCIAL
601 RIVERSIDE AVENUE
JACKSONVILLE, FLORIDA
32204
Att: WILLIAM FOLEY II

**REG.** {
CHICAGO title INS. COMPANY
AMERICAN LAND title ASSOCIATION
OWNERS POLICY 4-6-90
# 14 0113 60 002244
PROPERTY situated, 209-11 EAST
WASHINGTON STREET, BLOOMINGTON, ILL.

**FROM** {
EDWIN P. BRUHL
301 CENTER STREET,
VARNA, ILL. 61375

CROSS REFERENCE COURT CASES WITHIN THE UNITED STATES FEDERAL COURT SYSTEM

AUGUST 6, 2001

KANSAS STATE BANK UNDER TRUST #247 AND KNOWN AS BRUHL BUSZIN TRUST } PLANTIFF

VS

① G.K.C. THEATRES, INC. SPRINGFIELD, ILL.

② McLEAN COUNTY BOARD OF SUPERVISORS, GARY C. RISS* - RETIRED CHAIRMAN, BLOOMINGTON, ILL. } DEFENDANT

2007
↕
OLSON

NORTHERN DISTRICT OF ILLINOIS, CHICAGO, ILL.
FILED MAY 18, 2000  219 SO DEARBORN
CHICAGO, ILL. 60604 MAG JUDGE KEYS
JUDGE PAUL MEYER    CASE

THIRD CASE FILED    #00C3042

CNA.
CAROL
PISECKY
312-822-5100

Edwin P. Bruhl
301 CENTER STREET,
VARNA, ILLINOIS 61375
309-463-2420

UNITED STATES DISTRICT COURT

600 EAST MONORE STREET

SPRINGFIELD, ILLINOIS

62701

JULY 5, 2007

DEFENDANT # 7

SENTRY INSURANCE

1800 NORTH POINT DRIVE

P.O. BOX 8020

STEVENS POINT, WI.

54481· 8020

Edwin P. Bruhl

July 5, 2007

UNITED STATES DISTRICT COURT

600 EAST MONORE STREET

SPRINGFIELD, ILLINOIS

62701

JUNE 30, 2007

ATTACHED LETTER FROM

SENTRY INSURANCE

DATED JUNE 19, 2007

BRUHL HAS HEARD this

EXCUSE SO MANY TIMES

it is COMING OUT MY EARS

I SIGNED A CONTRACT PERMITTING

SENTRY INS TO TAKE EARNINGS

FROM BRUHL AND DEPOSIT IN

"GOLDEN CAREER SAVINGS PLAN"

BRUHL NO LONGER BORROW

AT 10% SHORT TERM. RATE

NOW AT 13%

E. Bruhl

6-30-2007

**Sentry Insurance**
1800 North Point Drive
P.O. Box 8020
Stevens Point, WI 54481-8020

Gale M. Bernhagen
Employee Services Manager

gale.bernhagen@sentry.com

715 346-7071
715 346-6770 Fax



**SENTRY**
INSURANCE

June 19, 2007

MR EDWIN P BRUHL
301 CENTER STREET
VARNA IL 61375

Dear Mr. Bruhl,

The purpose of this letter is to respond to your questions regarding the Golden Career Savings Plan ("Plan").

All contributions to the Plan were made by Sentry and were subject to a graduated vesting schedule.

Contributions made prior to 1976 started vesting on December 31 of the third year the money was in the Plan.  Contributions made in 1976 and later started vesting on December 31 of the second year the money was in the Plan.

You were hired May 20, 1974 and your earliest possible vesting date was December 31, 1976.  As you were not actively employed on December 31, 1976, you were not vested in the Plan and any contributions made by Sentry on your behalf would have been forfeited.

If you have further questions, please contact me.

Sincerely,

Gale M. Bernhagen
Employee Services Manager

cc:  Mike Cloud

*[handwritten annotations:]*
WRONG
NO VESTING
IN-VOLVED

I HAVE ALL PAPERS
NEEDED.
+ SENTRY PLAN
SEE EN-CLOSED ERISA ATTACHED
E. Bruhl

6-26-2007

S T R E N G T H    •    P R O T E C T I O N    •    V I G I L A N C E®
SINCE 1904

N:\S_HR\Benefits\Gale\Word Documents\GOLDEN CAREER PLAN\Bruhl, Edwin Letter 619 07.doc
N:\S_Template\Word97\letter wizard.wiz

082206
62.52H

# MEMO TO FILE

## The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins and Mr. Bruhl has the needed papers to defend himself.

JUNE 22, 2007

to C.E.F.C.U.

ATT: EDIE - LOAN OFFICER

CONFIRMING OUR phone CONVERSATION OF JUNE 9, 2007 - AM EN-CLOSING PAPERS REGARDING SENTRY INS. AND their "GOLDEN CAREER SAVINGS PLAN."

JUDGE CONLON is SMART NOT to GET IN-VOLVED WITH this CASE AS IN U.S.D.C - PEORIA, ILL. ALMOST - SO CLOSE to SETTLEMENT. BUT - SENTRY DECIDED to USE EDWIN P. BRUHL SAVINGS to BRIBE JUDGE'S SON WORKING SUMMER JOB IN PEORIA LAW FIRM

NO FORM LETTERS PLEASE →

E. Bruhl
6-22-2007

### The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins, and Mr. Bruhl has the needed papers to defend himself.

# MEMO to FILE

### JUNE 23, 2007

### REGARDING ATTACHED U.S.D.C.

### BRUHL vs SENTRY INSURANCE

### CASE #04C509 JUDGE SUZANNE B. CONLON

At this time, EDWIN P. BRUHL, plaintiff in this case wishes to explain the docket entry of 2-03-04.

the case of CENTRAL Dist. of Illinois includes my savings being paid to judges son for his spending money. "BRUHL vs UNION Planters CORP. #03C2050" is covered with this complaint in Springfield, Illinois BANKRUPTCY CASE    & Bruhl 6-23-07

JUNE 22, 2007

to {
CITIZENS EQUITY FEDERAL
CREDIT UNION
Att: EDIE - LOAN OFFICER
CONVERSATION OF JUNE 9, 2007
REGARDING ADDITIONAL COLLATERAL.

FROM {
EDWIN P. BRUHL
301 CENTER STREET,
VARNA, Ill.    61375
SENTRY INS. (PER ATTACHED)
"GOLDEN CAREER SAVINGS PLAN"

CASE
#07-70692 {
UNITED STATES
BANKRUPTCY COURT
CENTRAL DIST. OF ILLINOIS
BEN SLOTKY
DEBTOR

JUNE 15, 2007

UNITED STATES BANKRUPTCY
COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, Ill.
62701
REFER to COMPLAINT FORM ATTACHED

DEFENDANTS

SENTRY INSURANCE
GOLDEN CAREER SAVINGS → 2% OF
COMM
C.E.O. DALE SCHUH
CONFIRMING OUR DIS-CUSSION OF
6-11-2007 — BRING ME UP-TO-DATE
IN WRITING
( SEE ATTACHED )

JUNE 12, 2007

SENTRY INSURANCE
1800 NORTH POINTE DRIVE,
STEVENS POINT,
                    WISCONSIN 54481
Att: MIKE CLOUD

COPY MAILED
6-16-2005
6-16-2007

FROM

EDWIN P. BRUHL
301 CENTER STREET,
VARNA, Ill. 61375
FORMER EMPLOYEE OF
SENTRY INSURANCE

MESSAGE

SENTRY INSURANCE
GOLDEN CAREER SAVINGS → (290 OF COMM.)
C.E.O. DALE SCHUH
CONFIRMING OUR DIS-CUSSION
OF 6-11-2007 - BRING ME
up-to-date IN WRITING

Edwin P. Bruhl
6-12-2007

# CEFCU®
**WHERE MEMBERSHIP COUNTS**

Box 1715
Peoria, IL 61656-1715
(309) 633-7000
800-633-7077

**NOTICE OF ACTION TAKEN AND STATEMENT OF REASONS**

**06/05/07**

5401 W. Dirksen Parkway
Peoria, IL 61607-1193
www.cefcu.com

EDWIN P BRUHL
301 CENTER ST
PO BOX 165
VARNA IL 61375

Dear EDWIN P BRUHL

Thank you for your recent credit application.  Your request for a loan was carefully considered, and we regret that we are unable to approve your application at this time for the following reason(s):

Your credit application indicates current obligations are excessive in relation to your income.  If you have additional income, please call (309) 633-3400.

The collateral you offered is inadequate.  We would need collateral or additional collateral.

If you have any questions regarding this notice, you should contact:
C E F C U,  P.O. Box 1715, Peoria, Il 61656 (309) 633-3400

Notice:  The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract):  because all or part of the applicant's income derives from any public assistance program: or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.  The federal agency that administers compliance with this law concerning C E F C U  is National Credit Union Administration, 4807 Spicewood Springs Road, Suite 5200, Austin TX 78759.

MARCH 23, 2007

If you have any relevant documents, please attach copies only -- do not attach original documents.

INSURANCE COMPANY                    EMPLOYEE -
SENTRY INSURANCE CO.                 EDWIN P. BRUHL
STEVENS POINT, WISCONSIN             10409 SOUTH
                                     WASHINGTON ST.
SALES MGR. DAVID BERG                OAK LAWN, ILL.
REGIONAL SALES MGR.
WILLIAM KARICHER

DURING MY 4th OR 5th INTERVIEW WITH

DAVID BERG - THE DISCUSSION CAME

UP MY CONTRIBUTING 2% OF MY

EARNINGS TO "GOLDEN CAREER

SAVINGS PLAN" I WAS NOT AGREEABLE

TO HAVING MONEY TAKEN OUT OF

MY PAY CHECK. DAVID BERG ADVISING

HIS BOSS WILLIAM KARICHER WILL

GET IN TOUCH WITH ME.

PAGE I

MARCH 23, 2007

WILLIAM KARICHER AND MYSELF MET

IN DOWNTOWN AREA LOBBY OF

HOTEL. BILL EXPLAINED TO ME MY

MONEY WOULD BE SAFE AS ANY OTHER

SAVINGS ACCOUNT. IF I REFUSE

TO SIGN "GOLDEN CAREER SAVINGS

PLAN", SENTRY INSURANCE WOULD

WITH-DRAW THEIR CONTRACT OF

EMPLOYMENT. HE GUARNTEED MY

RECEIVING MY SAVINGS IN

PAGE II          ACCOUNT

3-23-2007

**VISITOR**
**ADMISSION SLIP**

SCREENING

_____
(Visitor's Name) (PLEASE PRINT)

COMMITTEE

_____
Agency (If Applicable)

ARRIVAL:   Date _____ Time _____

REQUESTING TO SEE: _____
                   (U.S. Attorney Office Employee)

3-22-2007
BRUHL

**OFFICE OF THE UNITED STATES ATTORNEY**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**219 S. DEARBORN STREET - 5TH FLOOR**
**CHICAGO, ILLINOIS 60604**

PLEASE NOTE:   This is the United States Attorney's Office which is staffed by lawyers who represent the United States Government and various federal agencies. This office does not provide legal advice to private individuals. While we prosecute violations of federal criminal laws, this office does not conduct investigations independently of these agencies. We will be happy to forward the information you have to the appropriate agency. Please print a brief summary of your complaint or the information you wish to give on the attached form. Be as specific as possible. Your information will be given to the appropriate State, local, or federal agency for review and possible investigation. If necessary, they will contact you. You may complete the form here and leave it with the receptionist or take it with you and mail it to us at the above address.

MARCH 22, 2007

Your Name  EDWIN P BRUHL SR. Date _____

Address  301 CENTER STREET,   List the possible violator(s):

VARNA, ILLINOIS zip 61375    Name  SENTRY INSURANCE

Telephone  309-463-2420    Address  STEVENS POINT

Date of Birth  August 22, 1934    WISCONSIN ____ Zip _____

Social Security No. 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    Telephone _____

Have you ever presented a complaint or information to this office before?  NO If so, when? _____

List all of the public agencies you may have contacted regarding this matter: U.S. DISTRICT COURT NORTHERN DIST. AND CENTRAL DIST.

If you were referred to this office by any agency or public official, name them: _____
_____
_____

If you have an attorney representing you in this matter, give name and address: _____
_____
_____
_____

Is there any court action pending?
YES

Case number and court: _____
U.S.D.C. +
COURT OF APPEALS
CASE #04C509

**PLEASE BE ADVISED THAT THE WILLFUL FURNISHING OF FALSE INFORMATION TO A FEDERAL AGENCY MAY CONSTITUTE A VIOLATION OF FEDERAL CRIMINAL LAW, WITH PENALTIES OF FIVE YEARS IMPRISONMENT, A FINE OF $10,000, OR BOTH.**

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

December 18, 2006

*By the Court:*

| | |
|---|---|
| EDWIN P. BRUHL,<br>          Plaintiff-Appellant, | ] Appeal from the United<br>] States District Court for<br>] the Northern District of |
| No. 06-3601                    v. | ] Illinois, Eastern Division.<br>] |
| SENTRY INSURANCE,<br>          Defendant-Appellee. | ] No. 04 C 509<br>] |
| | ] Suzanne B. Conlon,<br>]          Judge. |

Upon consideration of the **MOTION**, which this court construes as a motion to recall the mandate, filed on December 12, 2006, by the pro se appellant,

IT IS ORDERED that the motion is **DENIED**.

November 27, 2006

UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

219 So. DEARBORN STREET,

Chicago, Illinois 60604-1874

# COVER SHEET

U.S.D.C. 04 CV 509

U.S.C.A. 06-3601

EDWIN P. BRUHL, AN
AMERICAN CITIZEN     } PLAINTIFF-
APPELLANT

VS

SENTRY INSURANCE
STEVENS POINT, Wisconsin     } DEFENDANT-
APPELLEE

# COVER SHEET

this RESPONSE has BEEN WRITTEN
AND submitted By EDWIN P. BRUHL

*Edwin P. Bruhl*

11-27-2006

NOVEMBER 27, 2006

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
219 So. DEARBORN STREET,
CHICAGO, ILLINOIS 60604 - 1874

# Re - Sponse

U.S.D.C 04 CV 509
U.S.C.A. 06 - 3601

THIS RE-SPONSE IS IN REGARD TO THE
"ORDER" DATED NOVEMBER 16, 2006
RECEIVED FROM THE "UNITED STATES
COURT OF APPEALS"

EDWIN P. BRUHL, AN AMERICAN  } PLAINTIFF
        CITIZEN                } APPELLANT

EDWIN P. BRUHL HAS A CONTRACT WITH
AMERICA. THIS CONTRACT CONFIRMS HIS
UN-QUESTIONED AUTHORITY TO DEMAND
" TRIAL BY A TWELVE MEMBER
        JURY "
SEE ATTACHED " U.S. CONSTITUTION "

# RE·SPONSE

NOVEMBER 27, 2006

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
219 SO. DEARBORN STREET,

CHICAGO, ILLINOIS
60604 - 1874

RE - SPONSE

U.S.D.C. 04 CV509
U.S.C.A 06-3601

EDWIN P. BRUHL, AN
AMERICAN CITIZEN        } PLAIN-TIFF-
                          APPELLANT

VS

SENTRY INSURANCE
STEVENS POINT, WISCONSIN } DEFENDANT
                           APPELLEE

RE - SPONSE

NOVEMBER 27, 2006

**U.S. CONSTITUTION**

the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

### Amendment II [1791]

A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

### Amendment III [1791]

No Soldier shall, in time of peace be quartered in any house, without the consent of the Owner, nor in time of war, but in a manner to be prescribed by law.

### Amendment IV [1791]

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

### Amendment V [1791]

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

### Amendment VI [1791]

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

### Amendment VII [1791]

In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

### Amendment VIII [1791]

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

### Amendment IX [1791]

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.





 **U.S. Department of Labor**
Employee Benefits
Security Administration
**www.dol.gov/ebsa**



Search / A to Z Index

Find It!: By Topic | By Audience | By Top 20 Requested Items | By Form | By Organization | By Location

October 30, 2006    DOL > EBSA > Compliance Assistance

## Compliance Assistance

☐Subscribe To This Page

**Technical Guidance**
*Exemptions*
- EXPRO Exemptions

- Granted Class Exemptions

- Individual Exemptions

**Laws and Regulations**
- Statutes (United States Code)

- Executive Orders

- Code of Federal Regulations

- Unified Agenda of Federal Regulations

- Federal Register Documents

- Amicus Briefs Under ERISA

- Enforcement Manual

- Frequently Asked Questions (FAQs)

*Interpretations*
- Advisory Opinions

- Information Letters

- Technical Releases

- Field Assistance Bulletins

### Quick Links

DOL Compliance Assistance Links
Summary of Major DOL Laws
Compliance Tools
Employment Law Guide
Medicare Prescription Drug Program

**About EBSA**
Organization Chart

EBSA Offices

**Laws & Regulations**
Proposed Rules

Final Rules

**Compliance Assistance**
Abandoned Plans

For Small Employers

For Health Plans

For Retirement Plans

Reporting & Filing

Exemptions

Interpretations

**Disaster Relief**

**ERISA Enforcement**

**Newsroom**
Speeches & Testimony

Fact Sheets

**Consumer Information**
Health Plans

Retirement Plans

**FAQs**

**Publications/Reports**

**Forms/Doc Requests**

**Programs/Initiatives**

**Related Resources**

**Contact Us**



The Employee Retirement Income Security Act of 1974 (ERISA) is a federal law that sets minimum standards for pension plans in private industry. For example, if your employer maintains a pension plan, ERISA specifies when you must be allowed to become a participant, how long you have to work before you have a non-forfeitable interest in your pension, how long you can be away from your job before it might affect your benefits, and whether your spouse has a right to part of your pension in the event of your death. Most of the provisions of ERISA are effective for plan years beginning or after January 1, 1975.

ERISA does not require any employer to establish a pension plan. It only requires that those who establish plans must meet certain minimum standards. The law generally does not specify how much money a participant must be paid as a benefit.

EBSA's compliance assistance information will assist employers and employee benefit plan officials in understanding and complying with the requirements of ERISA as it applies to the administration of employee pension and welfare benefit plans.

### Compliance Assistance For Health Plans

The HIPAA Compliance Assistance Program (H-CAP) is designed to help employers and health plans fulfill their obligations under health laws including the Health Insurance Portability and Accountability Act (HIPAA), the Mental Health Parity Act (MHPA), the Newborns' and Mothers' Health Protection Act (Newborns' Act), and the Women's Health and Cancer Rights Act (WHCRA).

- Compliance Assistance Guide – Health Benefits Coverage Under Federal Law -



Click for our Employee Benefits Job Board

- **Short version of this listing** (no subsections)
- **Other sources for ERISA**

Free Daily
Retirement Plans
Newsletter:

Type your email here

Subscribe

Free Daily
Welfare Plans
Newsletter:

Type your email here

Subscribe

- Benefits in the News
  - By Date
  - By Subject
- Bookstore
- Candidates
- Events
(Conferences, Webcasts,
Satellite Programs,
Teleconferences)
- Free Offers
- Jobs
- Message Boards
  - Past 24 Hours
- Newsletter Back Issues
- Newsletter Subscriptions
- Press Releases
- Q&A Columns
- Search
- Services and Products
- Software
- Using the Web
for EB Research
- Yellow Pages

Source Documents:
- Applicable Federal Rates
- Audit Guidelines
- Cases
- Congressional Record
- Department of Labor
- ERISA
- Federal Register
  - Today's Edition

# ERISA in the United States Code

When the Employee Retirement Income Security Act ("ERISA" or "the Act") became law in 1974, it was codified as part of Title 29 of the United States Code. By that time Title 29 already contained the codified version of many other labor laws. (Title 29 section 1 was already "taken," for example.) So the Title 29 section numbers assigned to the provisions of ERISA do not line up with the section numbering in the original Act.

For example, the fiduciary duty provisions of ERISA section 404 are found in Title 29 section *1104*. (Unfortunately the mismatch cannot be translated by simply adding 700 to the ERISA section number, though that's true for the fiduciary duty provisions.)

The following table shows the ERISA sections and their corresponding Title 29 section numbers, as Title 29 was in effect in January of 1999. Links are to the official U.S. Government online database of the United States Code, published by the Government Printing Office.

### TITLE 29 - LABOR (as of January 5, 1999)
### CHAPTER 18 - EMPLOYEE RETIREMENT INCOME SECURITY PROGRAM

### SUBCHAPTER I - PROTECTION OF EMPLOYEE BENEFIT RIGHTS

### SUBTITLE A - GENERAL PROVISIONS

**ERISA 2    29 USC 1001**    **Congressional findings and declaration of policy.**
(a) Benefit plans as affecting interstate commerce and the Federal taxing power.
(b) Protection of interstate commerce and beneficiaries by requiring disclosure and reporting, setting standards of conduct, etc., for

# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

October 4, 2006

**By the Court:**

EDWIN P. BRUHL,
      Plaintiff-Appellant,

No. 06-3601        v.

SENTRY INSURANCE,
      Defendant-Appellee.

] Appeal from the United
] States District Court for
] the Northern District of
] Illinois, Eastern Division.
]
] No. 04 C 509
]
] Suzanne B. Conlon, Judge.

<u>O R D E R</u>

    Rule 4(a) of the Federal Rules of Appellate Procedure requires that a notice of appeal in a civil case be filed in the district court within 30 days of the entry of the judgment or order appealed. The last order in this case (striking plaintiff's documents filed on July 25, 2006, in this closed case) was entered on August 23, 2006, and the notice of appeal was filed on September 25, 2006, three days late. The district court has not granted an extension of the appeal period, <u>see</u> Rule 4(a)(5), and this court is not empowered to do so, <u>see</u> Fed. R. App. P. 26(b). Accordingly,

    IT IS ORDERED that appellant, on or before October 13, 2006, file a brief memorandum stating why this appeal should not be dismissed for lack of jurisdiction. A motion for voluntary dismissal pursuant to Fed. R. App. P. 42(b) will satisfy this requirement. Briefing shall be suspended pending further court order.

<u>NOTE</u>:  Caption document "JURISDICTIONAL MEMORANDUM." The filing of a Circuit Rule 3(c) Docketing Statement does not satisfy your obligation under this order.

SEPTEMBER 18, 2006

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF ILLINOIS

219 SOUTH DEARBORN STREET,

CHICAGO, ILLINOIS 60604

PAGE I                                   CASE # 04 C 509

JUDGE SUZANNE B. CONLON

# Appeal

to the SEVENTH CIRCUIT COURT

OF APPEALS   ROOM 2700

EDWIN P. BRUHL SR.
301 CENTER STREET,     } PLAINTIFF
VARNA, ILLINOIS 61375

Vs

SENTRY INSURANCE,
1800 NORTHPORT DRIVE,
STEVENS POINT, WISCONSIN   } DEFENDANT
54481

COPY

# Appeal

# The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins and Mr. Bruhl has the needed papers to defend himself.

SEPTEMBER 18, 2006

to {
UNITED STATES COURT OF APPEALS
FOR the SEVENTH CIRCUIT
219 SOUTH DEARBORN STREET,
CHICAGO, ILLINOIS 60604

WITH REFERENCE to the
"UNITED STATES DISTRICT COURT
RULES ON CIVIL PROCEDURE"
PLAINTIFF EDWIN P. BRUHL, AN AMERICAN
CITIZEN
DEMANDS his CONSTITUTIONAL RIGHT
to A
"TRIAL BY A TWELVE MEMBER JURY"



Edwin P. Bruhl
9-18-2006

AUGUST 7, 2006

8-28 2006

TO {
U.S.D.C. NORTHERN Dist. OF ILLINOIS
SEVENth CIRCUIT COURT OF APPEALS
Att. COLLINS FITZpatrick - EXEC. DIR.
ROOM 2700, 219 South DEARBORN Street,
CHICAGO, ILLINOIS    60604

FROM {
EDWIN P. BRUHL
301 CENTER STREET,
VARNA, ILLINOIS
61375

U.S.C.A. – 7th Circuit
RECEIVED
AUG 11 2006 PG
GINO J. AGNELLO
CLERK

REG. {
U.S.D.C. NORTHERN DISTRICT OF ILLINOIS
CASE # 04 C 509
BRUHL VS SENTRY INSURANCE
JUDGE SUZANNE B. CONLON

COPY

NOTE ATTACHED - JUDGE CONLON
IS NOT QUALIFIED to
JUDGE CASE 04 C 509

Edwin P. Bruhl
PLAINTIFF
AUGUST 7, 2006

Minute Order Form (06/97)   Case 1:04-cv-00509   Document 2   Filed 02/02/2004   Page 1 of 1

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 04 C 509 | DATE | 2/2/2004 |
| CASE TITLE | | BRUHL vs. SENTRY INSURANCE | |

MOTION:   [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

DOCKET ENTRY:

(1)  ☐  Filed motion of [ use listing in "Motion" box above.]

(2)  ☐  Brief in support of motion due _____.

(3)  ☐  Answer brief to motion due _____. Reply to answer brief due _____.

(4)  ☐  Ruling/Hearing on ___ set for _____ at _____.

(5)  ☐  Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6)  ☐  Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7)  ☐  Trial[set for/re-set for] on _____ at _____.

(8)  ☐  [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9)  ☐  This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
     ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ☒  [Other docket entry]    On the court's own motion, this case is dismissed with prejudice. Not only are the events complained of well beyond the limitations period, but this case appears to be a second refiling of a case dismissed by the United States District Court for the Central District of Illinois. *See* *Bruhl v. Union Planters Corp.*, No. 03 C 2050, dismissed by this court on March 25, 2003.

*Suzanne B. Conlon*

(11) ☐  [For further detail see order (on reverse side of/attached to) the original minute order.]

| No notices required, advised in open court. | | | | number of notices | Document Number |
|---|---|---|---|---|---|
| No notices required. | | | | | |
| ✓ Notices mailed by judge's staff. | | FEB 03 2004 | date docketed | | 2 |
| Notified counsel by telephone. | | | | | |
| Docketing to mail notices. | | | 2/2/2004 docketing deputy initials | | |
| Mail AO 450 form. | | | date mailed notice | | |
| Copy to judge/magistrate judge. | | | | | |
| CH courtroom deputy's initials | | Date/time received in central Clerk's Office | | PW mailing deputy initials | |

COPY

*YES*

AUGUST 28, 2006

* RE-VIEW FILE

SENTRY INS USED MY

RE-TIREMENT FUNDS TO PAY

OFF JUDGE'S SON

** SEE WHAT ?            8-28-2006

E. Bruhl

Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 04 C 509 | DATE | 2/2/2004 |
| CASE TITLE | BRUHL vs. SENTRY INSURANCE | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due _____. Reply to answer brief due _____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ☒ [Other docket entry]    On the court's own motion, this case is dismissed with prejudice. Not only are the events complained of well beyond the limitations period, but this case appears to be a second refiling of a case dismissed by the United States District Court for the Central District of Illinois. *See Bruhl v. Union Planters Corp.*, No. 03 C 2050, dismissed by this court on March 25, 2003.

*Suzanne B. Conlon*

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | | number of notices | | Document Number |
|---|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | | | |
| | No notices required. | | | | | |
| ✓ | Notices mailed by judge's staff. | | | FEB 0 3 2004 | | 2 |
| | Notified counsel by telephone. | | | date docketed | | |
| | Docketing to mail notices. | | | *CdM* | | |
| | Mail AO 450 form. | | | docketing deputy initials | | |
| | Copy to judge/magistrate judge. | | | 2/2/2004 | | |
| CH | courtroom deputy's initials | | Date/time received in central Clerk's Office | date mailed notice | | |
| | | | | PW | | |
| | | | | mailing deputy initials | | |

COPY

# UNITED STATES DISTRICT COURT
## 600 EAST MONORE STREET,
## SPRINGFIELD, ILLINOIS
## 62701

July 4, 2007

DEFENDANT # 8

MC LEAN COUNTY

STATE OF ILLINOISE U.S.A.

MC LEAN COUNTY - IN THE

CIRCUIT COURT OF THE

ELEVENTH JUDICIAL CIRCUIT

C/O LAW AND JUSTICE CENTER

BLOOMINGTON, ILL. 61701

ATT: CLERK OF THE COURT

THE ATTACHED PAPERS

ARE NOT

ADEQUATE FOR THE

SALE.

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
MCLEAN COUNTY, ILLINOIS

HEARTLAND BANK AND TRUST
COMPANY,

          Plaintiff,

vs.

BEN SLOTKY, CASTLE ENTERTAINMENT,
L.L.C., FUNNY BONE TICKETS INC.,
EDWIN P. BRUHL, UNKNOWN OWNERS
and NON-RECORD CLAIMANTS,

          Defendants.

CASE NO. 07-CH-09

## NOTICE TO PARTIES OF SALE

TO:    Ben Slotky
        Castle Entertainment, L.L.C.
        Funny Bone Tickets Inc.
        Edwin P. Bruhl

        Attached hereto is a copy of the Notice of Sheriff's Sale of the property involved in this case. This Notice is furnished you in compliance with Section 15-1507(c)(3) of the Code of Civil Procedure, 735 ILCS 5/15-1507(c)(3).

Dated: May 14, 2007.

                    HOWARD & HOWARD ATTORNEYS, P.C.

                    By: _____
                            Timothy J. Howard

Timothy J. Howard
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois 61602
Telephone:    (309) 672-1483
Facsimile:    (309) 672-1568

**Howard & Howard**
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304-5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007-4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
Fax 309.672.1568

#260166-v1

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
MCLEAN COUNTY, ILLINOIS

HEARTLAND BANK AND TRUST
COMPANY,

               Plaintiff,

vs.

BEN SLOTKY, CASTLE ENTERTAINMENT,
L.L.C., FUNNY BONE TICKETS INC.,
EDWIN P. BRUHL, UNKNOWN OWNERS
and NON-RECORD CLAIMANTS,

               Defendants.

CASE NO. 07-CH-09

## NOTICE OF SHERIFF'S SALE

PUBLIC NOTICE is hereby given that pursuant to a Judgment of Foreclosure and Sale entered by the Court in the above-entitled cause, the property hereinafter described, or so much thereof as shall be sufficient to satisfy the judgment, shall be sold to the highest bidder as follows:

(A)    The name, address and telephone number of the person to contact for information regarding the real estate is:

> Chad E. Beaty, Vice President
> Heartland Bank and Trust Company
> 401 North Hershey Road
> Bloomington, Illinois 61704
> (309) 662-4444
> (888) 897-2276

(B)    The common address and other common description, if any, of the real estate is:

> Unit 1 of the Castle Condominium at 209 East Washington, Bloomington, Illinois 61701.

(C)    The legal description of the real estate is:

> Unit 1 and 29.8% undivided percentage interest of ownership of the common elements of The Castle Condominium as delineated on the Survey of the West 1/2 of Lot 8 and 4.4 feet off of the entire East side of Lot 9 of the Subdivision of the Southeast 1/4 of Section 4, Township 23 North, Range 2 East of the Third Principal Meridian, according to the plat thereof recorded June 9, 1941, in McLean County, Illinois, according to the plat thereof recorded and attached as Exhibit "F" to the Declaration of Condominium

Ownership recorded November 30, 2005, as Document No. 2005-36128, in McLean County, Illinois.

(D)     A description of the improvements on the real estate is:

A condominium unit currently used as a theater/nightclub.

(E)     The times specified in the judgment, if any, when the real estate may be inspected prior to sale: The property will NOT be open for inspection, and plaintiff makes no representation as to the condition of the property. Prospective bidders are admonished to check the court file to verify all information.

(F)     The time and place of the sale are:

Monday, June 25, 2007 at 10:00 a.m.
First floor lobby of McLean County Law & Justice Center
104 West Front Street
Bloomington, Illinois 61701

(G)     The terms of the sale are: This is an "AS IS" sale for cash. The successful bidder must deposit 10% down with cash or certified funds, and the balance, by certified funds, within 24 hours of the sale. There will be no refunds. The real estate is subject to the unpaid general real estate taxes, to any unpaid special assessments, and to all easements, reservations and restrictions of record.

(H)     Sale of a Condominium: The purchaser of this unit other than the mortgagee shall pay the assessments and legal fees required by the Condominium Property Act, 765 ILCS 605/9(g)(1) and (g)(4).

HOWARD & HOWARD ATTORNEYS, P.C.
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice to Parties of Sale was served upon the parties of record not more than 45 days nor less than 7 days prior to the day of sale, by enclosing same in envelopes addressed as follows:

**Howard & Howard**
law for business®

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1350
Fax 309.672.1568

James T. Finnegan, Esq.
111 West Front Street
Bloomington, Illinois 61701
*Attorney for Ben Slotky*

Darrell L. Hartweg, Esq.
207 West Jefferson Street, Suite 400
Bloomington, Illinois 61702
*Registered Agent for Castle Entertainment*

Dawn L. Wall, Esq.
Carrie Borowski, Esq.
Costigan & Wollrab, P.C.
PO Box 3127
Bloomington, Illinois 61702-3127
*Attorneys for Funny Bone Tickets Inc.*

Edwin P. Bruhl, *pro se*
301 Center Street
Varna, Illinois 61375

and by depositing said envelopes in the United States Mail with first-class postage fully prepaid in Peoria, Illinois, on this 14th day of May, 2007.

Timothy J. Howard

UNITED STATES DISTRICT COURT
600 EAST MONORE STREET
SPRINGFIELD, ILLINOIS
62701

JUNE 29, 2007

## SUMMONS

HOW MANY TIMES THIS YEAR
ALONE HAVE I BEEN AT
YOUR DOOR ONLY TO HAVE
THE POLICE EVICT ME
FROM THE BUILDING.

I AM IN NEED OF YOUR
PLANS RE-GARDING
OWNER'S POLICY
4-6-90
# 14 0113 60 002244

E. Bruhl
6-29-2007

June 29, 2007

to
{
Appellate Court

Fourth District

201 W. Monroe Street,

P.O. Box 19206

Springfield, IL.

62794-9206

Att: Darryl Pratscher, Clerk

From
{
Edwin P. Bruhl

301 Center Street,

Varna, Ill.

61375

3:07-cv-03070-JES-CEE  # 1-5  Page 2 of 31

UNITED STATES DISTRICT COURT
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS
62701

July 5, 2007

CHICAGO title INS. Co
171 NORTH CLARK STREET,
CHICAGO, Ill. 60601
PLAINTIFF EDWIN P. BRUHL
HAS ENCOUNTERED MANY
PROBLEMS BOTH IN BLOOMINGTON
Ill. AND CHICAGO Ill.
CHICAGO title HAS ON
MANY OCCASIONS CALLED
POLICE AND TRIED TO HAVE
PLAINTIFF ARRESTED FOR
MERE INQUIRY OF his
"title INSURANCE".

JUNE - 2005

EDWIN P. BRUHL

**FROM** →

301 CENTER STREET,

VARNA, ILLINOIS 61375

AUGUST 22, 2005

**TO** {

CHICAGO TITLE INS. CO.

CHICAGO, ILL.

BRANCH OFFICE - BLOOMINGTON, ILL.

ATTENTION PAUL BENDER BRANCH MGR

**REG.**

BRUHL BUSZIN TRUST #247

AMERICAN LAND TITLE ASSOCIATION

OWNER'S POLICY (4-6-90    14 0113

60 00 2244

**REG** {

PROPERTY ADDRESS

209-11 EAST WASHINGTON ST.

BLOOMINGTON, ILL. 61701

**MESSAGE** BEGINNING IN JUNE - 2005 - I'VE

BEEN TRYING TO RE-NEW THIS LIEN

H. LEE NEWCOM, McLEAN COUNTY    E. BRUHL

TO {
CHICAGO TITLE INSURANCE Co.
171 NORTH CLARK STREET,
CHICAGO, ILLINOIS 60601
4th FLOOR - Att. C.E.O.
STAT GEAR
}

DEF. # 9

REG. {
CHICAGO TITLE INS. COMPANY
AMERICAN LAND TITLE ASSOCIATION
OWNER'S POLICY 4-6-90
# 14 0113 60 002244
PROPERTY SITUATED, 209-11 EAST
WASHINGTON STREET, BLOOMINGTON, Ill.
}

FROM {
FROM
EDWIN P. BRUHL
301 CENTER STREET,
VARNA, ILLINOIS 61375
}

JUNE 28, 2007

to {
FIDELITY NATIONAL FINANCIAL
601 RIVERSIDE AVENUE
JACKSONVILLE, FLORIDA
32204
Att: WILLIAM FOLEY II

REG. {
CHICAGO title INS. COMPANY
AMERICAN LAND title ASSOCIATION
OWNERS POLICY 4-6-90
# 14 0113 60 002244
PROPERTY SITUATED, 209-11 EAST
WASHINGTON STREET, BLOOMINGTON, Ill.

FROM {
EDWIN P. BRUHL
301 CENTER STREET,
VARNA, Ill. 61375

1    Commercial Lien Requested By the following:

2    Kansas State Bank - 110 North Front Street, Kansas IL   61933.   Kansas State

3    Bank under Trust #247.

4

5    Edgar County Bank and Trust Company, 101-107 West Wood Street, Paris,

6    Illinois 61944.  Edgar County Bank and Trust Company under Trust #247.

7

8    Marquette National Bank and Trust Company, 6155 South Pulaski Road, Chicago,

9    Illinois 60629.  Attention:  Land Trust Department, Marquette National Bank

10   and Trust Company under Trust #6762.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Commercial Property Lien - 4

1    Requested Information

2

3    Information regarding real estate obtained from:  McLean County Tax Assessor,

4    115 East Washington Street, Bloomington, Illinois 61702-2400.

5

6    Information contained, written and compiled in this commercial lien completed

7
                                        By:Edwin P. Bruhl
8                                           301 Center Street
                                            Varna, IL  61375
9                                           _____

10

11
                                 Dated this 18th day of June, 2005
12

13

14

15

16

17

18

19

20

21

22

23

24

25

## STATEMENT OF CLAIM

Place of the occurrence __PRIOR to DATE JUNE 16, 2007__

Date of the occurrence __PRIOR to DATE OF JUNE 16, 2007__

Witnesses to the occurrence __PRIOR to DATE OF JUNE 16, 2007__

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims*
*should be raised in a separate civil action.*
**THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.**

By MEANS OF WALKING FROM WEST to

EAST ON WASHINGTON STREET — the FIRST

BUILDING you will COME to is

BLDG. # 1

this WAS the FIRST BLDG BUILT

SEE ATTACHED

BETWEEN BLDG # 1 AND BLD # 2

209 EAST WASHINGTON

BLOOMINGTON, Ill.

EXISTS A COMMON WALL - SEE ChicaGo

title INS Co. FOR DETAILS.

the " WARRANTY DEED " FROM SELLER

G.K.C. CORPORATION to BRUHL BUS2in

trust - this BOUNDARY ₄ GOES WEST FROM

```
1    Commercial Lien on Commercial        )
                                          )
2    Property situated and Known as:      )  Address
                                          )  207 East Washington Street    1st BLDG.
3                                         )  209 East Washington Street  → SECOND
                                          )  213 East Washington Street    BLDG
4                                         )  Bloomington, IL  61702
                                          )
5                                         )
                                          )                              → PARKING
6    _____     )                            LOT
                                          )
7                                         )
                                          )
8    Purpose:                             )  To Renew these commercial liens for
                                          )  the term
9                                         )
                                          )
10                                        )
                                          )
11                                        )
                                          )
12   _____
                                          )
13
                                          )
14   FROM:  Edwin P. Bruhl                )  Residence Address
                                          )  301 Center Street
15                                        )  Varna, IL  61375
                                          )
16                                        )
                                          )
17                                        )
                                          )
18                                        )
                                          )
19   _____
20
21
22
23                                           Dated this 18th day of June, 2005
24
25
```

Commercial Property Lien - 2

CROSS REFERENCE COURT CASES
WITHIN the UNITED STATES
FEDERAL COURT SYSTEM

10                      AUGUST 6, 2001

① KANSAS STATE BANK
② the EDGAR COUNTY BANK
  AND TRUST Co.                    } PLANTIFFS
③ MARQUETTE NATIONAL BANK
AND TRUST Co, CHICAGO, Ill.

         VS

① CHICAGO TITLE INSURANCE Co.   } DEFENDANT
     CHICAGO, Ill

NORTHEAN DISTRICT OF ILLINOIS, CHICAGO, Ill.
FILED SEPT. 09, 1999 MAG. JUDGE LEVIN
  JUDGE LINDBERG   CASE # 99 C 5928

SECOND CASE FILED

6-28-2007
E. Bruhl

Edwin P. Bruhl
301 CENTER STREET,
VARNA, ILLINOIS 61375
PHONE 309-463-2420

**PROOF OF SERVICE**

The undersigned certifies that a copy of this Answer was served upon the attorneys of record of all parties to the above-entitled cause by enclosing same in an envelope plainly addressed to such attorneys at their business address, as disclosed by the pleadings of record herein, with postage fully prepaid and be depositing said envelope in a U.S. Post Office Box in Bloomington, Illinois on the 7th day of February, 2007.

_Carrie L. Borowski_

Carrie L. Borowski

**ATTORNEYS OF RECORD**

Timothy J. Howard
Howard & Howard
One Technology Plaza
Suite 600
211 Fulton Street
Peoria, Illinois 61602-1350

James T. Finegan
111 W. Front Street
Bloomington, Illinois 61701

Darrell L. Hartweg, Esq.
207 West Jefferson Street, Suite 400
Bloomington, Illinois 61701

Edwin P. Bruhl
301 Center Street
Varna, Illinois 61375

MARCH 8, 2007

EDWIN P. BRUHL IS THE TRUSTEE AND ATTORNEY FOR THE FOLLOWING.

MARQUETTE NATIONAL BANK AND TRUST COMPANY TRUST #6762

KANSAS STATE BANK UNDER TRUST #247 KANSAS, ILLINOIS 61933

EDGAR COUNTY BANK AND TRUST COMPANY PARIS, ILLINOIS #247

Edwin P. Bruhl   3-8-2007

# UNITED STATES DISTRICT COURT
600 EAST MONORE STREET,
SPRINGFIELD, ILLINOIS
62701

July 4, 2007

DEFENDANT #10

McLEAN COUNTY

STATE OF ILLINOISE U.S.A.



McLEAN COUNTY SHERIFF

LAW AND JUSTICE CENTER

BLOOMINGTON, Ill. 61701

the ATTACHED PAPERS ARE

NOT ADEQUATE FOR the

SALE.

UNITED STATES DISTRICT COURT

600 EAST MONORE STREET

SPRINGFIELD, ILLINOIS

62701

JULY 4, 2007

# WRONGFUL

# EVICTION

SEE

ATTACHED

Edwin P. Brull

7-4-2007

JUNE 13, 2007

UNITED STATES BANKRUPTCY
COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS
62701
PAMELA C. SHERRY - CLERK -
U.S. BANKRUPTCY
RE: BEN SHOTKY
CASE # 07 - 70692

ON THE DATE OF FEBRUARY 28, 1997,
THE SHERIFF DEPUTY OF McLEAN
COUNTY POUNDING ON DOOR OF BLDG;
209-11 EAST WASHINGTON STREET,
BLOOMINGTON, Ill. 61701
DEPUTY TO BRUHL - YOU ARE GOING TO
BE EVICTED AND POSTED
NOTICE ON DOOR. FRIDAY P.M. 1:30 P.M.
FOLLOWING MONDAY A.M. PHONE CALL -home
DO NOT RETURN TO BLDG. DOOR BASHED IN

UNITED STATES DISTRICT COURT
600 EAST MONORE STREET
SPRINGFIELD, ILLINOIS
62701

JUNE 27, 2007

MONDAY A.M. JUNE 25, 2007
PUBLIC AREA OF THE 4th FLOOR
LAW AND JUSTICE
CENTER,
BLOOMINGTON, ILL. 61701

PAGE I

ABOUT 9:AM

EDWIN P. BRUHL TALKING TO
SALLY ROBERTSON- BRUHL
INTRO-DUCES HIMSELF —
I WOULD LIKE TO SPEAR
WITH SANDRA PARKER -
CLERK OF THE MCLEAN
COUNTY COURT
ON
VACATION
PHYLLIS NELSON - DEPUTY CLERK
OF THE COURT

UNITED STATES DISTRICT COURT
600 EAST MONORE STREET
SPRINGFIELD, ILLINOIS
62701

JUNE 27, 2007

BRUHL SPEARING WITH PHYLLIS
NELSON RE-GARDING PAPERS
BRUHL RECEIVED IN THE
MAIL RE-GARDING

"SHERIFF'S

SALE"

PAGE #

- MIKE TROBEC OF
MCLEAN
COUNTY
SHERIFF
Dept.

STANDING ABOUT 10 FEET
AWAY.

I AM
RESPONSIBLE

UNITED STATES District COURT

600 EAST MONROE STREET

SPRINGFIELD, ILLINOIS

62701

July 5, 2007

PAGE
III

PLAINTIFF BRUHL AND SHERIFF

DEPUTY TALK ABOUT NOT

ARGUING AMONGEST

THEMSELVES.

WE PROCEED TO MAIN

FLOOR OF "LAW AND

JUSTICE CENTER"

ANOTHER PERSON IS

TALKING ABOUT "NOTICE

OF SHERIFFS SALE"

AND BRUHL IS EVICTED

FOR ASKING QUESTIONS

"too MUCH POLITICS

UNITED STATES DISTRICT COURT

600 EAST MONORE STREET,

SPRINGFIELD, ILLINOIS

62701

July 4, 2007

REGARDING DEFENDANT # 10

AND DEFENDANT # 10

WITH REFERENCE TO THE

TERM

"ATTACHED PAPERS"

① NOTICE TO PARTIES

OF SALE    (1 PAGE)

② NOTICE OF    (2 PAGES)

SHERIFF'S SALE

③ CERTIFICATE OF SERVICE

1 PAGE

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
MCLEAN COUNTY, ILLINOIS

HEARTLAND BANK AND TRUST
COMPANY,

           Plaintiff,

vs.

BEN SLOTKY, CASTLE ENTERTAINMENT,
L.L.C., FUNNY BONE TICKETS INC.,
EDWIN P. BRUHL, UNKNOWN OWNERS
and NON-RECORD CLAIMANTS,

           Defendants.

CASE NO. 07-CH-09

loward & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
loomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1350
Fax 309.672.1568

## NOTICE TO PARTIES OF SALE

TO:    Ben Slotky
        Castle Entertainment, L.L.C.
        Funny Bone Tickets Inc.
        Edwin P. Bruhl

       Attached hereto is a copy of the Notice of Sheriff's Sale of the property involved in this case. This Notice is furnished you in compliance with Section 15-1507(c)(3) of the Code of Civil Procedure, 735 ILCS 5/15-1507(c)(3).

Dated: May 14, 2007.

                HOWARD & HOWARD ATTORNEYS, P.C.

                By: _____
                         Timothy J. Howard

Timothy J. Howard
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois 61602
Telephone:    (309) 672-1483
Facsimile:    (309) 672-1568

#260166-v1

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
MCLEAN COUNTY, ILLINOIS

HEARTLAND BANK AND TRUST
COMPANY,

                Plaintiff,

vs.

BEN SLOTKY, CASTLE ENTERTAINMENT,
L.L.C., FUNNY BONE TICKETS INC.,
EDWIN P. BRUHL, UNKNOWN OWNERS
and NON-RECORD CLAIMANTS,

                Defendants.

CASE NO. 07-CH-09

## NOTICE OF SHERIFF'S SALE

PUBLIC NOTICE is hereby given that pursuant to a Judgment of Foreclosure and Sale entered by the Court in the above-entitled cause, the property hereinafter described, or so much thereof as shall be sufficient to satisfy the judgment, shall be sold to the highest bidder as follows:

    (A)    The name, address and telephone number of the person to contact for information regarding the real estate is:

> Chad E. Beaty, Vice President
> Heartland Bank and Trust Company
> 401 North Hershey Road
> Bloomington, Illinois 61704
> (309) 662-4444
> (888) 897-2276

    (B)    The common address and other common description, if any, of the real estate is:

> Unit 1 of the Castle Condominium at 209 East Washington, Bloomington, Illinois 61701.

    (C)    The legal description of the real estate is:

> Unit 1 and 29.8% undivided percentage interest of ownership of the common elements of The Castle Condominium as delineated on the Survey of the West 1/2 of Lot 8 and 4.4 feet off of the entire East side of Lot 9 of the Subdivision of the Southeast 1/4 of Section 4, Township 23 North, Range 2 East of the Third Principal Meridian, according to the plat thereof recorded June 9, 1941, in McLean County, Illinois, according to the plat thereof recorded and attached as Exhibit "F" to the Declaration of Condominium

Ownership recorded November 30, 2005, as Document No. 2005-36128, in McLean County, Illinois.

(D)    A description of the improvements on the real estate is:

A condominium unit currently used as a theater/nightclub.

(E)    The times specified in the judgment, if any, when the real estate may be inspected prior to sale:   The property will NOT be open for inspection, and plaintiff makes no representation as to the condition of the property.  Prospective bidders are admonished to check the court file to verify all information.

(F)    The time and place of the sale are:

Monday, June 25, 2007 at 10:00 a.m.
First floor lobby of McLean County Law & Justice Center
104 West Front Street
Bloomington, Illinois 61701

(G)    The terms of the sale are:  This is an "AS IS" sale for cash.  The successful bidder must deposit 10% down with cash or certified funds, and the balance, by certified funds, within 24 hours of the sale.  There will be no refunds.  The real estate is subject to the unpaid general real estate taxes, to any unpaid special assessments, and to all easements, reservations and restrictions of record.

(H)    Sale of a Condominium:  The purchaser of this unit other than the mortgagee shall pay the assessments and legal fees required by the Condominium Property Act, 765 ILCS 605/9(g)(1) and (g)(4).

HOWARD & HOWARD ATTORNEYS, P.C.
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing Notice to Parties of Sale was served upon the parties of record not more than 45 days nor less than 7 days prior to the day of sale, by enclosing same in envelopes addressed as follows:

James T. Finnegan, Esq.
111 West Front Street
Bloomington, Illinois 61701
*Attorney for Ben Slotky*

Darrell L. Hartweg, Esq.
207 West Jefferson Street, Suite 400
Bloomington, Illinois 61702
*Registered Agent for Castle Entertainment*

Edwin P. Bruhl, *pro se*
301 Center Street
Varna, Illinois 61375

Dawn L. Wall, Esq.
Carrie Borowski, Esq.
Costigan & Wollrab, P.C.
PO Box 3127
Bloomington, Illinois 61702-3127
*Attorneys for Funny Bone Tickets Inc.*

and by depositing said envelopes in the United States Mail with first-class postage fully prepaid in Peoria, Illinois, on this 14th day of May, 2007.

                                               _____
                                               Timothy J. Howard

**Howard & Howard**
law for business™

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1350
309.672.1483
Fax 309.672.1568

UNITED STATES DISTRICT COURT
600 EAST MONROE STREET,
SPRINGFIELD, ILLINOIS
62701

CROSS REFERENCE - McLEAN County 07 CH 9 AND 07 CH 51

July 5, 2007

McLEAN County

Bloomingington, Ill.

H. LEE NEWCOM - McLEAN County RE-CORDER → DEF #11

REFER to Chicago title Ins. Co. DEFENDANT #9

JUNE - 2005 - McLEAN County RE-CORDER MADE

it impossible to RE-NEW LIEN ON three PARcELs of LAND OWNED BY

OWNED By PLAINTIFFS BANKS. "too MucH Politics"

JUNE 15, 2007

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILL.
62701

REFER to COMPLAINT FORM ATTACHED
DEFENDANTS #11

REFER to the ATTACHED

to { APPELLATE COURT OF ILLINOIS
     FOURTH JUDICIAL DISTRICT

FROM { ELEVENTH JUDICIAL CIRCUIT
       McLEAN COUNTY, ILLINOIS

① BEN SLOTKY,
② CASTLE ENTERTAINMENT L.L.C.
③ McLEAN COUNTY RECORDER,
      H. LEE NEWCOM
④ HEARTLAND BANK AND TRUST COMPANY
      PEORIA, ILL.

## APPEAL TO THE APPELLATE COURT OF ILLINOIS
## FOURTH JUDICIAL DISTRICT

### FROM THE CIRCUIT COURT OF THE
### ELEVENTH JUDICIAL CIRCUIT
### McLEAN COUNTY, ILLINOIS

HEARTLAND BANK & TRUST COMPANY

VS

BEN SLOTKY, CASTLE ENTERTAINMENT, LLC, FUNNY BONE TICKETS, INC., EDWIN P. BRUHL, UNKNOWN OWNERS & NON-RECORD CLAIMANTS

&

EDWIN P. BRUHL

VS

BEN SLOTKY, CASTLE ENTERTAINMENT, LLC, McLEAN COUNTY RECORDER – H. LEE NEWCOM, & HEARTLAND BANK & TRUST COMPANY

CASE NO: <u>07 CH 9 & 07 CH 51</u>
APP. CRT. NO: <u>4-07-0259</u>
JUDGE: <u>CHARLES REYNARD</u>

### CERTIFICATION OF RECORD

The record has been prepared and certified in the form required for transmission to the reviewing court. It consists of:

<u>TWO</u>    Volume/s of Common Law Record

<u>NO</u>    Volume/s of Report of Proceedings/Depositions

<u>NO</u>    Volume/s or Descriptions of Exhibits

### TABLE OF CONTENTS OF RECORD
(See attachments)

Kindly acknowledge receipt of this record on the attached copy of this letter.

I do further certify that this certification of the record pursuant to Supreme Court Rule 324, issued out of my office this  <u>24th</u> **DAY OF APRIL, 2007.**

Sandra K. Parker, Circuit Clerk

Deputy Clerk

CC: EDWIN BRUHL

301 CENTER STREET

VARNA, IL  61375

Received this above record this
day of _____, 2007.
Clerk of the Reviewing Court.

**07 CH 09 & 07 CH 51**
**4-07-0259**

**HEARTLAND BANK & TRUST COMPANY**
**VS**
**BEN SLOTKY, CASTLE ENTERTAINMENT, LLC, FUNNY BONE TICKETS,**
**INC., EDWIN P. BRUHL, UNKNOWN OWNERS & NON-RECORD CLAIMANTS**

**&**

**EDWIN P. BRUHL**
**VS**
**BEN SLOTKY, CASTLE ENTERTAINMENT, LLC, MCLEAN COUNTY**
**RECORDER – H. LEE NEWCOM, & HEARTLAND BANK & TRUST COMPANY**

**TABLE OF CONTENTS**

**VOLUME I – 07 CH 09**

|  | RECORD SHEETS |
| JAN 09, 2007 | COMPLAINT TO FORECLOSE FILED |
| JAN 09, 2007 | RECEIPT VOUCHER #567443 FILED |
| JAN 09, 2007 | JUDGE'S ASSIGNMENT SHEET FILED |
| JAN 09, 2007 | EMERGENCY MOTION FOR POSSESSION FILED |
| JAN 09, 2007 | AFFIDAVIT FOR SERVICE BY PUBLICATION TO TERMINATE RIGHTS OF NON-RECORD CLAIMANTS FILED |
| JAN 12, 2007 | ORDER ENTERED |
| JAN 12, 2007 | ENTRY OF APPEARANCE FILED |
| JAN 16, 2007 | RECEIPT VOUCHER #567486 FILED |
| FEB 01, 2007 | CERTIFICATE OF PUBLICATION FILED |
| FEB 02, 2007 | AGREED ORDER FOR POSSESSION ENTERED |
| FEB 07, 2007 | ANSWER OF DEFENDANT FUNNY BONE TICKETS, INC. FILED |
| FEB 09, 2007 | AFFIDAVIT OF SERVICE FILED |
| FEB 09, 2007 | AFFIDAVIT OF SERVICE FILED |
| FEB 09, 2007 | AFFIDAVIT OF SERVICE FILED |
| FEB 16, 2007 | NOTICE OF HEARING FILED |
| FEB 16, 2007 | AFFIDAVIT OF AMOUNT DUE FILED |
| FEB 16, 2007 | MOTION FOR SUMMARY JUDGMENT FILED |
| MAR 01, 2007 | JUDGMENT OF FORECLOSURE AND SALE FILED |
| MAR 01, 2007 | ORDER OF DEFAULT ENTERED |
| MAR 07, 2007 | CITATION NOTICE FILED |
| MAR 07, 2007 | RECEIPT VOUCHER #567923 FILED |
| MAR 09, 2007 | COVER SHEET, PLEADING, & RESPONSE FILED |
| MAR 16, 2007 | COVER SHEET, DECLARATION, & NOTICE OF APPEAL FILED |

1

| | |
|---|---|
| MAR 23, 2007 | CORRECTION FILED |
| APR 02, 2007 | CORRESPONDENCE FROM APPELLATE COURT FILED |
| APR 11, 2007 | AFFIDAVIT OF SERVICE FILED |
| APR 11, 2007 | ORDER ENTERED |
| APR 13, 2007 | COVER SHEET & NOTICE FILED |
| APR 13, 2007 | MOTION TO DISCHARGE CITATION TO DISCOVER ASSETS FILED |
| APR 19, 2007 | ORDER ENTERED |
| APR 17, 2007 | CORRESPONDENCE FROM APPELLATE COURT FILED |
| APR 18, 2007 | CORRESPONDENCE TO EDWIN BRUHL FILED |
| APR 20, 2007 | RECEIPT VOUCHER FILED |

## VOLUME II – 07 CH 51

| | |
|---|---|
| | RECORD SHEETS |
| FEB 02, 2007 | COVER SHEET WITH VARIOUS ATTACHMENTS FILED |
| FEB 02, 2007 | JUDGE'S ASSIGNMENT SHEET FILED |
| FEB 02, 2007 | RECEIPT VOUCHER #567665 FILED |
| FEB 02, 2007 | CIVIL STATISTICAL COVER SHEET FILED |
| FEB 26, 2007 | SUMMONS RETURN FILED |
| FEB 28, 2007 | MOTION TO DISMISS FILED |
| FEB 28, 2007 | RECEIPT VOUCHER #567836 FILED |
| MAR 01, 2007 | COVER SHEET & RESPONSE FILED |
| MAR 13, 2007 | SUMMONS RETURN FILED |
| MAR 16, 2007 | COVER SHEET WITH ATTACHMENTS FILED |
| MAR 16, 2007 | COVER SHEET, DECLARATIONS, & NOTICE OF APPEAL FILED |
| MAR 23, 2007 | CORRECTION FILED |
| MAR 23, 2007 | REQUEST FOR ALIAS SUMMONS FILED |
| MAR 23, 2007 | RECEIPT VOUCHER #568093 FILED |
| APR 05, 2007 | ALIAS SUMMONS RETURN FILED |
| APR 09, 2007 | NOTICE OF HEARING FILED |
| APR 09, 2007 | MOTION TO DISMISS FILED |
| APR 09, 2007 | ENTRY OF APPEARANCE FILED |
| APR 09, 2007 | PROOF OF SERVICE FILED |
| APR 13, 2007 | COVER SHEET & NOTICE FILED |
| APR 17, 2007 | CORRESPONDENCE FROM APPELLATE COURT FILED |
| APR 18, 2007 | CORRESPONDENCE TO EDWIN BRUHL FILED |

July 6, 2007

**RELIEF REQUESTED** BEN SLOTKY

*(State exactly what relief you want from the court.)*

EDWIN P. BRUHL OBSERVED BEN SLOTKY AND his HELPER throwing theatre SEATS IN the DUMPSTER OUT ON STREET. the ENCLOSED LIST DATED MAY 21, 2007 will BE ITEMS PLAINTIFF BRUHL has pictures of PROPERTY MISSING BRUHLs time GOES $100.00 AN hr. traveling $100.00 AN hr. SHORT TERM INTEREST 13% LONG TERM INTEREST 10%

**JURY DEMAND**        Yes   ☒                 No  ☐

Signed this ___6th___ day of ___July___, 19 __2007__.

*Edwin P. Bruhl*

( *Signature of Plaintiff* )

| Name of Plaintiff: EDWIN P. BRUHL | Inmate Identification Number: EDWIN P. BRUHL |
|---|---|
| Address: 301 CENTER STREET, | Telephone Number: 309-463-2420 |

VARNA, Ill. 61375

MAY 21, 2007

COVER SHEET

JUNE 14, 2007

REGARDING {
BEN   SLOTRY
(PERSONAL   FRIEND   OF
JUDY   MARKOWITZ)
FORMER   MAYOR   OF
CITY OF BLOOMINGTON, ILLINOIS

FROM {
EDWIN   P.   BRUHL
301   CENTER   STREET,
VARNA, ILL.   61375

BANKS AND/OR
CREDIT CARD
COMPANIES {
* LEAD BANKS
* MARQUETTE   NATIONAL   BANK + TRUST CO.
* CONTINENTAL   NATIONAL   BANK + TRUST CO
MASTERCARD   AND   SEARS
ROEBUCK   AND   COMPANY
VISA

PAGE I

209-11 EAST WASHINGTON St.

BLOOMINGTON, Ill. 61701

FORMER OFFICES AND STUDIOS

OF W.J.B.C RADIO

STATION

AISLE

FORMER STUDIOS

"

"

"

"

LEFT SIDE

100 FT.

RIGHT SIDE

100 FT.

FORMER OFFICES

BATH ROOM

MAY 1, 2007

NOTE THE ATTACHED DIAGRAM OF THE
FORMER SPACE OCCUPIED BY THE
W.J.B.C. RADIO STATIONS.

KARA SOTOS USED A LOT OF SPACE
TO STOR THEIR PROPERIES FROM
THEATRES NOW CLOSED.

THE AISLE SPACE WAS USED TO
STOR THEATRE SEATS. WITHIN THESE
SPACES WE STORED HEAVY DUTY
THEATRE SEATS AFTER WE CLEANED
THE SEATS. THESE WERE THE BETTER
TYPE OF SEATING AS FABRIC OF
BETTER TYPE AND ALWAYS TUCKED
INTO THE FRAME OF THE SEAT.

EST. COST $50.00 EACH

(OVER)

the 100 of Aisle space
woulD holD 50 seats (seats
HAVING A wiDth of 2'.
on the LEFT siDe of Aisle
the seats WERE set AS such

□ □ □ □                                    □ □ □

LeFt siDe                                  RiGHt
                                            siDe

200 seats                                  $150.00

$350. seats

50.00   EAch   SEAT
350
  0 0
25
15
$ 17,500 0.00

MAY 1, 2007

ADDITIONAL THEATRE SEATS —
SAME TYPE AS IN RADIO
STATION AISLE.

PAGE 3

WITH THE FLOOR JUST ABOVE
THE RADIO STATION - WE STORED
ADDITIONAL THEATRE SEATS AS
SPACE WAS RUNNING OUT

75 ADDITIONAL SEATS

$50.00 EACH SEAT

$3,750.00

MAY 10, 2007                    PAGE 4

COMM'L BLDG. 209-11 EAST

WASHINGTON STREET,

BLOOMINGTON, Ill. 61701

UPON THE PURCHASE OF THIS BUILDING

EARLY IN THE YEAR 1992 - THE

ELECTRICITY HAD BEEN DIS-CONNECTED

RE-SULTING IN ABOUT THREE FEET

OF WATER IN THE MAIN FLOOR

OF THE THEATRE.

ONCE THE ELECTRICITY HAD BEEN

CONNECTED, WE DISCOVED THE

SUMP PUMP UNDER STAGE WAS

NOT WORKING.

MYSELF AND ONE WORKER

DETERMINED THE SMALL OPENING

DUG OUT OF FLOORING NOT LARGE

ENOUGH FOR NEW SUMP PUMP.

PROCEEDING IN DIGGING OUT LARGER

OPENING FOR NEW PUMP AND NEW

LARGER CONTAINER FOR THE

WATER.

(OVER)

① NEW SUMP PUMP                $150.00
② NEW WATER CONTAINER          $25.00
③ LABOR                        $50.00

time AND LABOR to
purchase items                 $50.00

                               $275
                               $300.00

MAY 10, 2007

PAGE 5

UPON THE FIRST OR SECOND VISIT
to this BLDG

209-11 EAST WASHINGTON St.
BLOOMINGTON, Ill. 61701

the REAL ESTATE SALES·MAN
(BERT WILSON) ADVISING HE
BELIEVED THERE WERE 997
SEATS IN THEATRE INCLUDING
the BALCONY
the SEATING CONTAINING A LOT
OF RUST WERE CARRIED TO THE
top FLOOR WHERE WE INTENDED
TO SAND BLAST THESE SEATS
WITH EXCESS RUST AND

PAINT.
the CUSHIONS WERE RE-MOVED
AND those NEEDING NEW CLOTH
WERE STORED AS 3-4 CUSHIONS
RE-COVERED EACH WEEK

OVER

997 THEATRE SEATS AT $50.00 EACH

METAL FRAME WORK     $49,850.00
ONLY

997 THEATRE SEATS AT $50.00 EACH

THESE WOULD BE NEW CUSHIONS
( SEATS AND BACKS
$49,850.00

ARM RESTS RE-MOVED - GUM-
CANDY RE-MOVED - SANDED - STAINED
AND FINISH COAT AT $25.00 EACH
1,994          $49,850.00

49,850
 3
149,550.

14 9,550.

$149,550.00

MAY 19, 2007

REGARDING BEN SLOTKY. I
PAGE 6
have pictures OF ALL the
ITEMS I AM CLAIMING AS A
RE-SULT OF BEN SLOTKY
RE-MOVING the FOLLOWING
items FROM this BLDG.

209-11 EAST WASHINGTON St.
BLOOMINGTON, Ill. 61701

PRICE LIST FOR CATALOG
EFF. APRIL 3, 2006

① ONE 32 NOTE PEDAL BOARD
I have picture OF this UNIT
IN DUMPSTER                 # 1,467.00

② ORGAN BENCH - the LAST time MY
SEEING this UNIT - it WAS LOCATED
IN RADIO STATION STUDIO
                            # 1,108.00

                TOTAL # 2,575.00

                E. Bruhl

MAY 19, 2007

THE PLAN FOR THIS PIPE ORGAN

CONSISTED OF 47 RANKS OF PIPES

7 RANK CHEST

     5 NEEDED    35 RANKS

LAST QUOTE 4-2006    $22,000.00 EACH

         X 5 =    $110,000.00


UNIT CHEST    97 NOTES    $3,668.40

    12 NEEDED    $44,020.80


        TOTAL    $154,020.80


PRICES QUOTED APRIL-2006

MAY 19, 2007

PAGE 8

REGARDING the PORTABLE AIR COMPRESSOR - I have PICTURE OF this unit at BOTTOM OF DUMPSTER

cost to RE-pLACE $600.00

the DAY BEN SLOTKY THREW out the 10 H.P. MOTOR he MUST have BEEN MAD AS SLEDGE HAMMER to MOTOR FRAME - I have PICTURE.

EST $1,000.00

total $1,600.00

MAY 18, 2007

UPON THE PURCHASE OF THIS BLDG.

PAGE 9

209-11 EAST WASHINGTON ST,
BLOOMINGTON, Ill.

IT WAS DISCOVERED VANDALS BREAKING
INTO BLDG. BY MEANS OF THE
4' X 8' VENT ON REAR WALL
OF BLDG.

BRUHL PURCHASED GRATE to
COVER this OPENING.

IN PROCESS OF PRIMING AND
PAINTING READY to IN-STALL

$250.00

ONE ANTIQUE HOOVER
VACUUM CLEANER
PARENTS FIRST

$250.00

total $500.00

MAY 18, 2007

KARASOTES CORP AND/OR

G K BC CORP.

Upon the DOWN-turn of theatre BUSINES - these would close theatre AND BRING ALL FOR STORAGE to this BLDG.

209-11 EAST WASHINGTON ST. BLOOMINGTON, Ill.

this IN-CLUDED thousands AND AND thousands OF ALL types OF LIGHT BLUBS.
ALL DIFFERENT types AND DIFFERENT COLORS

$1,000.00



CABLE
ANCHOR

ROLLERS FOR SHAFT DOOR

{ ROLLERS FOR SHAFT DOOR

ROLLERS FOR SHAFT DOOR

CABLE

ELEVATOR SHAFT

CABLE

HEAVY DUTY LOCK AND CHAIN

WINDOW

OUTSIDE DOOR

* LOCK FOR DOOR BROKEN

PAGE 11

April 18, 200?

1. HEAVY DUTY CHAIN AND EXTRA HEAVY
   LOCK                              $40.00

2. REPAIR GLASS FOR OUTSIDE DOOR
   WITH WINDOW.                      $30.00

3. REPAIR CABLE FOR ELEVATOR
   DOOR. RE-PLACED WITH NEW
                                     $35.00

4. TOOL BOX WITH VARIOUS TOOLS
   FOR REPAIR WORK   $150.00

5. COMMERCIAL VACUUM CLEANER
   TO VACUUM DUST FROM
   LEDGES.                          $150.00

6. REPAIR CABLE ANCHOR PULLED
   OUT OF ANCHOR FROM BRICK WALL
                                     $35.00
                                    $440.00

PAGE 11

MAY 18, 2007

## THE MANAGEMENT SKILLS OF
## BEN SLOTKY

AS PREVIOUSLY STATED - BEN SLOTKY
WAS GIVEN THE KEYS TO THIS
BUILDING SITUATED;
209-11 EAST WASHINGTON ST.
BLOOMINGTON, ILL. 61375

SOMETIME PRIOR TO THIS DATE -
I WAS INSPECTING THIS BUILDING
AND NOTICED MANY SEATING FRAMEWORK
PILED HIGH IN ELEVATOR SHAFT.
AS PREVIOUSLY MENTIONED, WE
HAD TAKEN THIS METAL FRAME WORK
TO THE TOP FLOOR WHEREIN WE
WOULD SAND-BLAST METAL AND PRIME
AND PAINT

PAGE 12

BEN SLOTKY HAD OTHER
PLANS.
WHILE THROWING SEATING DOWN
ELEVATOR SHAFT - SEVERAL HIT
HEFTY-HERMAN SCISSOR-LIFT PARKED
ON GROUND FLOOR - KNOCKED ALIGNMENT OUT-
EST TO RE-PLACE $75,000.00

E. Bruhl 5-18-07

MAY 20, 2007

ABOUT THE SAME TIME BEN SLOTKY
WAS HAVING TROUBLES WITH
HEFTY HERMAN - HE RE-MOVED
this iTEM FROM ELEVATOR
SHAFT AND PLACED ON GROUND
ACROSS the ALLEY NEXT to
the SPACE WHERE BEN HAD
MOVED HEFTY HERMAN.

209-11 EAST WASHINGTON St.
BLOOMINGTON, Ill. 61701

PAGE
13

LONG CABLE WITH EYE IN-SERT



COST to RE-PLACE
$3,000.00

→ SPECIAL OPENING ←
to FIT ON CLAMP

E. Brell
5-19-2007

this unit also in elevator
SHAFT Re-moved By
BEN slotky

ONE 9½ ton & CHAIN
DRIVE Hoist - see
DiaGRAM

PAGE 14

STEEL BEAM

CHAIN is
WRAPED
AROUND
BEAM

ANOTHER
CHAIN
ActiVATES
the
Lifting
MECHANISM

Cost to Re-plate
incl clamps
$4,250.00

MAY 21, 2007

| | |
|---|---|
| PAGE 2        RADIO STATION | #17,500. |
| THEATRE SEATS | 3,750. |
| SUB-TOTAL | $21,250. |
| SUMP PUMP | 275. |
| THEATRE SEATING | $149,550 |
| | $149,825. |
| PAGE 6 | 2,575. |
| | #152,400. |
| PAGE 7 | $154,020. |
| | $306,421. |
| PAGE 8 | 1,600. |
| | $308,021 |
| PAGE 9 | $ 500. |
| | 308,521. |
| PAGE 10 | 1,000. |
| | $309,521 |
| PAGE 11 | 440 |
| | $309,961 |
| PAGE 12 | 75,000 |
| | $384,961 |
| PAGE 13 + 14 | 7,250 |
| | $392,221. |

MAY 28, 2007

McLEAN COUNTY BOARD

115 EAST WASHINGTON STREET,

BLOOMINGTON, ILLINOIS        61701

ROOM 401

# COVER SHEET

REPORT OF EXPENSE
MAY - 2007

↑ REPORTS MADE EACH MONTH

# COVER SHEET

# MAY - 2007

this REPORT has BEEN PREPARED AND SUBMITTED By
EDWIN P. BRUHL
301 CENTER STREET
VARNA, ILL 61375

MAY 28, 2007

McLEAN COUNTY BOARD
115 EAST WASHINGTON STREET,
BLOOMINGTON, ILLINOIS          61701
ROOM 401
PAGE I                REPORT OF EXPENSE
                           MAY· 2007

① TRAVEL TIME FROM VARNA, ILL.
    to BLOOMINGTON, ILLINOIS       } $ 200.00
ROUND TRIP  $ 100.00  AN HOUR

② INSPECTION - COMM'L BLDG.
    209-11 EAST WASHINGTON STREET,  } $ 100.00
BLOOMINGTON, ILL. (SEE PICTURES)

③ COST OF THIS REPORT
        APRIL - 2007              } $ 100.00
        ONE HOUR

④ USE OF HAND TRUCK BY
BEN SLOTKY WORKER                 } $ 100.00
    $ 100.00  EACH MONTH

⑤ USE OF FOUR WHEEL CART
BY BEN SLOTKY WORKERS             } $ 100.00
    $ 100.00  EACH MONTH
            PAGE I TOTALS     $ 600.00

May 28, 2007

McLean County Board
115 East Washington Street,
Bloomington, Illinois 61701
Room 401

Page II                    Report of Expense
                              May - 2007

⑥ Edwin P. Bruhl - Plaintiff and
Trustee - Joseph Schessler - Bruhls
Personal Banker over 40 yrs
Donald Knucky - Former part-time
Marshall County States Attorney -
Extortion

} Damages to
Be Determined
At a Later
Date

⑦ Storage Shed - Varna, Ill.
   May - 2007
        4 Sheds

} #134.00

⑧ Garage Rent - one
Jerry Trailer - 16'
     May - 2007

} #25.00

Page II total    #159.00

MAY 28, 2007

# McLEAN COUNTY BOARD

115 EAST WASHINGTON STREET,
BLOOMINGTON, ILLINOIS    61701
ROOM   401

PAGE III                    REPORT OF EXPENSE
                                MAY · 2007

⑨ AUTOMOBILE   EXPENSE ·

COPY EXP. - TRANSPORTATION ⎫
EXP. OFFICE EXP. MAIL -    ⎬  $ 445.11
   REFER  to FILE          ⎭

⑩ A) SEE ATTACHED LETTER
        ORGAN SUPPLY
INCREASE IN METAL PRICES

⑪ BRUHL  NO LONGER
ABLE to BORROW at 10%
  BEST toDAY · 13%

⑫ totals - PAGE I · II · III              $ 1,204.11
  APRIL · 2007    $ 1,043,459,718.86
                       $ 1,043,460,922.97

  ADDING   13%              208,499,199.86
                       $ 1,251,960,122.83
   MAY - 2007

this REPORT COMPLETED By

                        EDWIN P. BRUHL
                        VARNA, Ill. 61375

MAY 2, 2007

McLEAN   COUNTY   BOARD

115 EAST WASHINGTON STREET,

BLOOMINGTON, ILLINOIS     61701

ROOM 401

# COVER     SHEET

REPORT OF EXPENSE

APRIL - 2007

# COVER     SHEET

# APRIL - 2007

THIS REPORT HAS BEEN PREPARED

AND SUBMITTED BY EDWIN P. BRUHL

301 CENTER STREET,

VARNA, Ill. 61375

5-2-2007

May 2, 2007

McLean County Board

115 East Washington Street,

Bloomington, Illinois   61701

Room 401

Page I                      Report of Expense

April - 2007

① Travel time from Varna, Ill. to

Bloomington, Ill.

Round trip   $100.00   an hour          } $200.00

② Inspection - Comm'l Bldg.

209-11 East Washington Street,

Bloomington, Ill. (see pictures)       } $100.00

③ Cost of this Report

April - 2007

One Hour                               } $100.00

④ Use of Hand Truck By

Ben Slotky Workers

$100.00   Each Month                   } $100.00

⑤ Use of Four Wheel

Cart By Ben Slotky

Workers   $100.00   Each Month         } $100.00

Page I   totals   $600.00

MAY 2, 2007

# McLEAN COUNTY BOARD

## 115 EAST WASHINGTON STREET,

## BLOOMINGTON, ILLINOIS    61701

### ROOM 401

PAGE II                    REPORT OF EXPENSE
                           APRIL 2007

⑥
EDWIN P. BRUHL - PLAINTIFF AND
                TRUSTEE

JOSEPH SCHUESSLER - BRUHLS
  PERSONAL BANKER OVER 40YRS          DAMAGES
DONALD KNUCKY - FORMER PART-TIME      TO BE
MARSHALL COUNTY STATES                DETERMINED
ATTORNEY - EXTORTION                  LATER DATE

⑦
STORAGE SHED - VARNA, Ill.
    APRIL - 2007                    $134.00
        4 SHEDS

⑧
GARAGE RENT - ONE JERRY
    TRAILER - 16'                   $25.00
        APRIL - 2007


        PAGE II  total    $159.00

April 28, 2007

McLean County Board

115 East Washington Street,

Bloomington, Illinois    61701

Room 401

# COVER SHEET

Report of Expense
March - 2007

# COVER SHEET

# MARCH - 2007

this Report has been prepared
and submitted by Edwin P. Bruhl
301 Center Street,
Varna, Illinois
61375

APRIL 28, 2007

# McLEAN COUNTY BOARD

## 115 EAST WASHINGTON STREET,

## BLOOMINGTON ILLINOIS    61701

### ROOM 401

PAGE I                    REPORT OF EXPENSE

MARCH 2007

① TRAVEL TIME FROM VARNA, Ill
to BLOOMINGTON, Ill.          } $200.00
ROUND TRIP  $100.00 AN HOUR

② INSPECTION - COMM'L BLDG.
209-11 EAST WASHINGTON STREET,  } $100.00
BLOOMINGTON, Ill. (SEE pictures

③ COST OF THIS REPORT
MARCH - 2007                  } $100.00
ONE HOUR

④ USE OF HAND TRUCK BY
BEN SHOTKY WORKERS            } $100.00
$100.00 EACH MONTH

⑤ USE OF FOUR WHEEL
CART BY BEN SHOTKY           } $100.00
WORKERS  $100.00 EACH MONTH

PAGE I  TOTALS  $600.00

APRIL   28, 2007

## McLean County Board

115 East Washington Street,

Bloomington, Illinois    61701

Room 401

PAGE II                    Report of Expense

MARCH - 2007

⑥ 
Edwin P. Bruhl - plaintiff and trustee

Donald Knucky - former part-time

Marshall County states attorney

Joseph Schuessler - Bruhls personal

banker over 40 yrs - bank pres.

Bank Holding company

Asset Acceptance - L.L.C. Warren

Mich. extortion of Bruhls banker

By Donald Knucky - see U.S.Dc.

Urbana, Illinois

   two cases

⑦ 
Storage Shed - Varna, Ill.

March - 2007                                    $134.00

⑧ 
Garage Rent - one Jerry trailer

16' - March - 2007

                                               $25.00


PAGE II totals    $159.00

APRIL 28, 2007

McLEAN COUNTY BOARD

c/o GOVERNMENT CENTER

115 EAST WASHINGTON STREET,

ROOM 401

PAGE III                    REPORT OF EXPENSE

MARCH - 2007

(a)
AUTOMOBILE EXPENSE - COPY
EXPENSE - TRANSPORTATION          } $826.78
EXPENSE - OFFICE EXP - MAIL
EXP - REFER TO FILE

(10)
TOTALS - PAGE I - II - III        $1,585.78

FEBRUARY - 2007                   $862,360,912.58

                        TOTAL $862,362,498.36

ADDING 10%              $86,236,249.83

            MARCH 2007  $948,598,748.19

THIS REPORT HAS BEEN PREPARED

    AND SUBMITTED BY

            EDWIN P. BRUHL

            301 CENTER STREET,

            VARNA, Ill. 61375

April 12, 2007

McLean County Board

115 East Washington Street,

Bloomington, Illinois   61701

Room 401

Cover Sheet    Report of Expense

February - 2007

# Cover Sheet

# February - 2007

this Report has Been Prepared

and Submitted By Edwin P. Bruhl

301 Center St.

Varna, Ill. 61375

Edwin P. Bruhl

4-12-2007

APRIL 12, 2007

MCLEAN COUNTY BOARD

115 EAST WASHINGTON STREET,

BLOOMINGTON, ILLINOIS 61701

ROOM 401

PAGE I                    REPORT OF EXPENSE

FEBRUARY - 2007

① TRAVEL TIME FROM VARNA,
ILL TO BLOOMINGTON, ILL.          } $200.00
ROUND TRIP 2 HRS $100.00 HR

② INSPECTION - COMM'L BLDG.
209.11 EAST WASHINGTON STREET,    } $100.00
BLOOMINGTON, ILL. (SEE PICTURES)

③
COST OF THIS REPORT
FEBRUARY - 2007                   } $100.00
ONE HOUR

④ USE OF HAND TRUCK BY
BEN SLOTRY WORKERS                } $100.00
$100.00 EACH MONTH

⑤ USE OF FOUR WHEEL CART
BY BEN SLOTRY WORKERS             } $100.00
$100.00 EACH MONTH
PAGE I totals                     } $600.00

April 13, 2007

McLean County Board

115 East Washington Street,

Bloomington, Illinois   61701

Room 401

Page II                                    Report of Expense

February - 2007

⑥ Edwin P. Bruhl - plaintiff and trustee

Donald Knucky - former part-time

Marshall County States Attorney

Lacon, Illinois

Joseph Schuessler - Bruhls Personal Banker

of over 40 years - Bank President - Bank

Holding Company - Asset Acceptance - L.L.C.

Warren Michigan

See U.S.D.C. Urbana, Illinois two cases

Extortion of Bruhls Banker by Donald Knucky

⑦ Storage Shed
   Varna, Ill.                    } $134.00
   February - 2007

⑧ Garage Rent
   one 16' Jerry trailer          } $25.00
   February - 2007

Page II total   $159.00

APRIL 12, 2007

McLEAN COUNTY BOARD

C/O GOVERNMENT CENTER

115 EAST WASHINGTON STREET,

ROOM 401

BLOOMINGTON, ILLINOIS  61701

PAGE III                    REPORT OF EXPENSE

(9)                         FEBRUARY - 2007

AUTOMOBILE EXPENSE - COPY

EXPENSE - TRANSPORTATION        } #1,513.64

EXPENSE - MEALS - OFFICE EXPENSE

REFER TO FILE

(10)

TOTALS PAGE I - II - III        #2,272.64


JANUARY - 2007              #783,962,193.35

                    TOTAL #783,964,465.99

ADDING 10% INTEREST          78,396,446.59

                    TOTAL #862,360,912.58



THIS REPORT HAS BEEN PREPARED   AND

SUBMITTED   BY   EDWIN P. BRUHL

301 CENTER STREET,

VARNA, ILL. 61375

APRIL 12, 2007

MCLEAN COUNTY BOARD ✓

115 EAST WASHINGTON STREET,

BLOOMINGTON, ILLINOIS   61701

ROOM 401

COVER   SHEET        REPORT OF EXPENSE

JANUARY - 2007

# COVER   SHEET

# JANUARY - 2007

THIS REPORT HAS BEEN PREPARED

AND SUBMITTED BY EDWIN P. BRUHL

301 CENTER STREET,

VARNA, ILLINOIS

61375

Edwin P. Bruhl
4-12-2007

April 12, 2007

McLean County Board

115 East Washington Street,

Bloomington, Illinois  61701

Room 401

Page I                    Report of Expense

January - 2007

① Travel time from Varna,
Ill. to Bloomington, Ill.                    $200.00
Round trip $100.00 an hour

② Inspection - Comm'l Bldg.
209-11 East Washington Street,         $100.00
Bloomington, Ill. (see pictures)

③ Cost of this Report
        January - 2007                      $100.00
        One Hour

④ Use of Hand Truck By
Ben Slotky Workers                        $100.00
        $100.00 each month

⑤ Use of Four Wheel Cart
By Ben Slotky Workers                     $100.00
        $100.00 each month

        Page I totals                      $600.00

April 12, 2007

## McLean County Board

115 East Washington Street,

Bloomington, Illinois    61701

Room 401

Page II                              Report of Expense

⑥                              January - 2007

Edwin P. Bruhl - plaintiff and Trustee

Donald Knucky - Former part-time

Marshall County States Attorney -

Lacon, Ill, Joseph Schuessler - Bruhls

Personal Banker over 40 years -

Bank President - Bank Holding Company

Asset Acceptance - L.L.C. Warren Michigan

Extortion of Bruhls Banker By Donald Knucky

See U.S.D.C. Urbana, Illinois two cases

⑦ Storage Shed

Varna, Ill.                         } # 134.00

January - 2007

⑧ Garage Rent

One 16' Jerry Trailer               } # 25.00

January - 2007

Page II total  # 159.00

April 12, 2007

McLean County Board

c/o Government Center

115 East Washington Street,

Room 401

Bloomington, Illinois 61701

PAGE III                      REPORT OF EXPENSE

January - 2007

@ Automobile Expense -

Copy Expense - transportation ⎫
                              ⎬ #1,305.89
Expense - Meals - Office Expense ⎭

Refer to File

10 totals PAGE I - II - III        # 2,064.89

December - 2006 total

                        $712,690,838.16

        Total           $712,692,903.05

Adding 10% Interest     $ 71,269,290.30

            total   $783,962,193.35


this Report has been prepared and

submitted by Edwin P. Bruhl

301 Center Street,

Varna, Ill. 61375