E-FILED
Monday, 16 July, 2007  04:18:09 PM
Clerk, U.S. District Court, ILCD

United States District

600 East Monore Street

Springfield, Illinois

62701

June 21, 2007

# COVER

# SHEET

ORIG

07-3179

Judge Jeanne Scott

Mag. Judge Charles Evans

# COVER

# SHEET

Prepared and Submitted

By

Edwin P. Bruhl

301 Center Street

Varna, Ill. 61375

JUNE 14, 2007

UNITED STATES BANKRUPTCY COURT
600 EAST MONROE STREET,
SPRINGFIELD, ILLINOIS
62701

**FILED**

JUL 0 6 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CHICAGO, ILLINOIS
FEDERAL BUILDING
FEDERAL JUDGE - REBECCA R. PALLMEYER
CASE # 1:00 - CV - 03042
BEGINNING IN YEAR 2000 - BETWEEN
7 to 10 MOTIONS SUBMITTED
VARIOUS DATES
FEDERAL JUDGE REBECCA R. PALLMEYER
REGARDS this PROBLEM AS ONE OF
STATE JURISDICTION

JUNE 15, 2007

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD, Ill.

62701

AS NOTED - PAMELA SHERRY ADVISED BRUHL to USE the the ATTACHED "COMPLAINT FORM" (REVISED 9.96) BRUHL is QUITE CERTAIN this CASE will BE DETERMINED By "tRIAL By JURY" BRUHL WISHES to tALK to JUDGE BEFORE DETERMINING the COURT WHEREIN tRIAL is HELD. the REASON FOR this to AVOID HAVING to FILE ANOTHER COMPLAINT AGAINST JUDGE.

Edwin P. Bruhl
JUNE 15, 2007
VARNA, Ill. 61375

United States District Court
600 East Monore Street
Springfield, Illinois
62701

June 28, 2007

On the Date of June 26, 2007
Edwin P. Bruhl spoke with
Michelle of the U.S.
District Court,
        Springfield, Ill.

the purpose for my
(Edwin P. Bruhl) phone
call was to make an
appointment with Mr.
Waters - clerk of the
U.S.D.C. Springfield,
        Ill.

Mr Waters clerk of U.S.D.C.
        Peoria, Ill → Also
Refer to File Ken Bush -
        U.S.D.C. Peoria, Ill Attached.

United States District Court
600 East Monore Street
Springfield, Illinois
62701

June 28, 2007

Page II

MR WATERS - U.S.D.C.
        Springfield, Ill.
And   Peoria, Ill.

Prior to this date -
the plaintiff in this
case filed the original
civil case in Peoria, Ill.
        U.S.D.C.

Several years and
Several visits to
Washington, D.C. - Senator
Richard Durbin did' not
want to get in - volved

More Politics

United States District Court
600 East Monore Street
Springfield, Illinois
62701

June 28, 2007

CROSS REFERENCE OF
COURT CASES *

United States
Bankruptcy Court
Central District of Ill.
Springfield, Ill. 62701
Case #07-70692
Chapter 7
Ben Slotky - Debtor
209-11 East Washington St.
Bloomington, Ill. 61701
United States District Court *
Mr Waters - Clerk of the
Court - Springfield Ill
Peoria, Ill

UNITED STATES BANKRUPTCY COURT,
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

ON THE DATE OF JUNE 15, 2007 - PAMELA
SHERRY ADVISED to USE this FORM

SEE
ATTACHED Plaintiff )
) EDWIN P. BRUHL
) JUNE 15, 2007
vs. )
) Case No. 07-70692
SEE )
) U.S. BANKRUPTCY COURT
ATTACHED ) U.S. DISTRICT COURT
) MR. W
Defendant(s) )

**COMPLAINT**

☒ **42 U.S.C. §1983** (suit against state officials for constitutional violations)

☒ **28 U.S.C. § 1331** (suit against federal officials for constitutional violations)

☒ Other PLAINTIFF EDWIN P. BRUHL DEMANDS JUDICIAL
DECISIONS AND NOT POLITICAL DECISIONS
PLAINTIFF →

*Please note: This form has been created for prisoners but can be adapted for use by* (*non-prisoners.*)

Now comes the plaintiff, EDWIN P. BRUHL , and states as follows:

My current address is: 301 CENTER STREET,
VARNA, ILLINOIS 61375

The ~~defendant~~ PLAINTIFF EDWIN P. BRUHL , RE-TIRED ~~is employed as~~ 301 CENTER
STREET, at VARNA, ILL.

The ~~defendant~~ PLAINTIFF EDWIN P. BRUHL, WAS ~~is~~ employed as RISK MANAGER
McCARTY BROS
MARQUETTE NATIONAL B+T at CHICAGO, ILL. (SEVERAL LOC's

The ~~defendant~~ PLAINTIFF EDWIN P. BRUHL, WAS ~~is~~ employed as RISK MANAGER
GREAT CENTRAL INS. CO at WAR MEMORIAL + SHERIDEN, PEORIA, ILL.

The ~~defendant~~ PLAINTIFF EDWIN P. BRUHL, WAS ~~is~~ employed as RISK MANAGER
BEGINNING IN FEB-1954 at CHICAGO, ILL.
BANKS AND INSURANCE COMPANIES (revised 9/96)
→ WITH THE EXCEPTION OF MILITARY SERVICE

The defendant PLAINTIFF WAS EDWIN P. BRUHL, is employed as STUDENT -

BRADLEY U.
RISK MANAGEMENT at VALPARAISO UNIV. DEPAUL U.

Additional defendants and addresses 6313 South KILDARE STREET,

6212 South KENNETH STREET, CHICAGO, FII.

10409 So. PROSPECT AVENUE, CHICAGO, FII.

NEW LONDON WISCONSIN, 2001 MISSOURI, PEORIA, FI

For additional plaintiffs or defendants, provide the information in the same format as above on a

separate page. 73647 So. HONORE STREET, CHICAGO, ILLINOIS 1934 to 1948

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes  ☒          No ☐

If yes, please describe SEE ATTACHED U.S.D.C. # 98-1398 ) FIRST

FILED 12-09-1998 JUDGE MICHAEL M. MIHN } CASE

LIVING
B. Have you brought any other lawsuits in state or federal court while incarcerated?

          Yes  ☒          No ☐
SEE
C. If your answer to B is yes, how many? ATTACHED Describe the lawsuit in the space below.  (If there

is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same

outline.)

1. Parties to previous lawsuit:

    Plaintiff(s) EDWIN P. BRUHL, PLAINTIFF

✳ Defendant(s) (- MANY) PLAINTIFF DID ALL AS REQUESTED
MANY HEARINGS- WASHINGTON D.C. SEN. DURBIN DID NOT
WANT to STEP ON TOES OF FED JUDGE MICHAEL MIHM

2. Court (if federal court, give name of district; if state court, give name of county)

CENTRAL DIST OF ILLINOIS - PEORIA COUNTY

3. Docket Number/Judge CASE # 98-1398 FEDERAL BLDG. PEORIA,
FII.

✳ QUOTING FROM BILL HOULIHAN OF SEN. DURBIN

4. Basic claim made _TOO MUCH POLITICS_        ✱

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing of lawsuit _____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.


## EXHAUSTION OF ADMINISTRATIVE REMEDIES

→ _NOT APPLICABLE_

A. Is there a grievance procedure available at your institution?  Yes ☐   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes ☒   No ☐

If your answer is ~~no~~ YES, explain why ~~not~~ _PLAINTIFF HAS BEEN to WASHINGTON D.C. MANY BOXES OF PAPER WORK_

C. Is the grievance process completed?   Yes ☐   No ☒

_PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES.  PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE._

✱

_JUNE 16, 2007_

_NOTE THE A HACHED "UNITED STATES SUPREME COURT" WASHINGTON, D.C._

_PLAINTIFFS EFFORTS IN ALL has BEEN "tRIAL By JURY" NO QUESTIONS ABOUT it "CONSTITUTIONAL CONTRACT WITH     3         RIGHt "_

# The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins, and Mr. Bruhl has the needed papers to defend himself.



SEE ATTACHED

the CONSTITUTION OF the

UNITED STATES

7.1.2007   E. BRUHL

United States District Court
600 East Monore Street
Springfield, Illinois
62701

July 1, 2007

The Constitution of
the United States

this is a Nation Bound
together by a system
of Laws.

the political system
works only when the
Judicial system is
Applied and Re-spected
By All.

E. Bruhl
7-1-2007

# The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins, and Mr. Bruhl has the needed papers to defend himself.

JUNE 14, 2007



EDWIN P. BRUHL IS AN AMERICAN
CITIZEN BORN IN CHICAGO, ILL
1934

HE IS A VETERAN OF THE U.S.A
ARMED SERVICES

HE IS A RETIRED RISK MANAGER

# The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins, and Mr. Bruhl has the needed papers to defend himself.

JUNE 19, 2007

AS MENTIONED time AND time AGAIN —
plAiNTiFF hAs WAiTED LONG ENOUGH.
MARch · 1992 to pRESENT is MORE
thAN ENOUGH time

Edwin P. Bruhl
June 19, 2007

# The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins, and Mr. Bruhl has the needed papers to defend himself.

JUNE 14, 2007



this BEING the LOBBY of the FEDERAL BUILDING LOCATED;
UNITED STATE COURTHOUSE
219 South DEARBORN STREET, CHICAGO, ILLINOIS 60604

# The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins, and Mr. Bruhl has the needed papers to defend himself.



this is the south section of the
FEDERAL BUILDING ~ U.S. COURTHOUSE
219 SO. DEARBORN St, CHICAGO, Ill. 60604
PICTURED BEING U.S.A. CONSTITUTION
AND U.S.A. "BILL OF RIGHTS"

# The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins and Mr. Bruhl has the needed papers to defend himself.

JUNE 14, 2007



EDWIN P. BRUHL HAS ONE CASE PENDING U.S. SUPREME COURT, WASHINGTON, D.C. HE ALSO HAS SEVERAL CASE'S PENDING IN UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

# The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins, and Mr. Bruhl has the needed papers to defend himself.

JUNE 14, 2007



EDWIN P. BRUHL HAS C.N.A. INSURANCE

to DEFEND his POSITION AND

his BANKS.

HE HAS two titLE COMPANIES

to DEFEND the tRUSTS

## The United States Supreme Court

This United States Supreme Court has granted to this American Citizen, Edwin P. Bruhl, full legal authority to prosecute this case and present this case to a twelve member jury.

It is requested by Mr. Bruhl that all motions be retained until this trial begins, and Mr. Bruhl has the needed papers to defend himself.

JUNE 14, 2007



EDWIN P. BRUHL DEMANDS that his U.S.A. CONSTITUTIONAL RIGHTS BE GIVEN AT ALL TIMES this in-cLUDES "tRIAL By A twelve MEMBER JURY"

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

JUNE 17, 2007

\* I - EDWIN P. BRUHL SR. WANT this COURT to BE A COURT OPERATING IN ACCORDANCE with the "RULES AND REGULATIONS OF the "SUPREME COURT - WASHINGTON, D.C." I - EDWIN P. BRUHL SR. DO NOT WANT "POLITICAL DECISIONS"; I DO WANT "JUDICIAL DECISIONS"

**JURY DEMAND**     Yes ☒     No ☐

Signed this ___17th___ day of ___JUNE___, 19___ 2007 ___.

*Edwin P. Bruhl*

( *Signature of Plaintiff* )

| Name of Plaintiff: EDWIN P. BRUHL | Inmate Identification Number: EDWIN P. BRUHL |
|---|---|
| Address: 301 CENTER STREET, VARNA, Ill. 61375 | Telephone Number: 309-463-2420 |

RE-SPONSE IN WRITING ONLY

UNITED STATES DISTRICT COURT
600 EAST MONORE STREET
SPRINGFIELD, ILLINOIS
62701

JUNE 27, 2007

PLAINTIFF
#1

EDWIN PAUL BRUHL, SR.

301 CENTER STREET,

VARNA, ILLINOIS

61375

MR. BRUHL WILL BE
TRUSTEE AND ATTORNEY
FOR THE FOLLOWING
THREE BANKS
PLAINTIFF #2

# BANKS

1  Commercial Lien Requested By the following:

2  Kansas State Bank - 110 North Front Street, Kansas IL  61933.  Kansas State

3  Bank under Trust #247.

4

5  Edgar County Bank and Trust Company, 101-107 West Wood Street, Paris,

6  Illinois 61944.  Edgar County Bank and Trust Company under Trust #247.

7

8  Marquette National Bank and Trust Company, 6155 South Pulaski Road, Chicago,

9  Illinois 60629.  Attention:  Land Trust Department, Marquette National Bank

10  and Trust Company under Trust #6762.

PAGE
IV

11  PROPERTY SITUATED; 209-11

12  EAST WASHINGTON STREET,

13  BLOOMINGTON, ILL. 61701

14

15  APRIL 27, 2007

16

17  to C.E.F.C.U.

18  ATT: BRIAN MUELLER

19  BUSINESS LOAN OFFICER

20  EMPIRE MEMBER CENTER

21  EDWIN P. BRUHL WILL BE

22  (1) TRUSTEE

23  (2) PLAINTIFF

24  (3) ATTORNEY

(4) DEFENDANT

(5) INVESTOR

(6) AMERICAN CITIZEN

Commercial Property Lien - 4  (7) ON BE-HALF OF BANKS