E-FILED
Monday, 16 July, 2007   04:27:35 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

JUNE 28, 2007

## UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

EDWIN P. BRUHL, CREDITOR
TRUSTEE FOR BANKS

v.

BEN SHOTKY, DEBTOR
c/o U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILL. 62701

**SUMMONS IN A CIVIL ACTION**

07-3179

CASE NUMBER: 07-70692

TO: (Name and address of Defendant) City OF BLOOMINGTON ILL.
109 EAST OLIVE STREET,
BLOOMINGTON, ILL. 61701

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

EDWIN P. BRUHL
301 CENTER STREET,
VARNA, ILL. 61375

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_/s/ J.M. Waters_          7-6-07

CLERK                      DATE

_MCook_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

July 6, 2007

# UNITED STATES DISTRICT COURT

**Central** District of **Illinois**

EDWIN P. BRUHL, CREDITOR
TRUSTEE FOR BANKS
BEN SLOTKY, DEBTOR
c/o U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, Ill. 62701

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-3179  07-70692

TO: (Name and address of Defendant)
SENTRY INSURANCE
1800 NORTH POINT DRIVE,
STEVENS POINT, WI 54481-8020

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF (name and address)

EDWIN P. BRUHL
301 CENTER STREET,
VARNA, Ill. 61375

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_[signature]_

CLERK

_M Cook_

(By) DEPUTY CLERK

DATE 7-6-07

AO 440 (Rev. 8/01) Summons in a Civil Action                    JUNE 28, 2007

## UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

EDWIN P. BRUHL, CREDITOR
tRUSTEE FOR BANKS

V.

BEN SHOTKY, DEBTOR
c/o U.S. BANKRUPTCY
      COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, Ill. 62701

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-3179
              07-70692

TO: (Name and address of Defendant)

FIDELITY NATIONAL FINANCIAL
601 RIVERSIDE AVENUE,
JACKSONVILLE, FLORIDA 32204
Att: WILLIAM FOLEY II

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

EDWIN P. BRUHL
301 CENTER STREET,
VARNA, Ill. 61375

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_John M. Waters_ (signature)

CLERK

_M Cooke_ (signature)
(By) DEPUTY CLERK

DATE    7-6-07

AO 440 (Rev. 8/01) Summons in a Civil Action          JUNE 29, 2007

## UNITED STATES DISTRICT COURT

Central District of Illinois

EDWIN P. BRUHL, CREDITOR
TRUSTEE FOR BANKS

v.

BEN SLOTKY, DEBTOR
c/o U.S. BANKRUPTCY
COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILL. 62701

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-3179
07-70692

TO: (Name and address of Defendant) Chicago Title Ins. Co.
171 North Clark Street,
Chicago, Ill. 60601, 4th Floor
Att: C.E.O. Stat Gear

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

EDWIN P. BRUHL
301 Center Street,
Varna, Ill. 61375

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: John M. Waters       DATE: 7-6-07

(By) DEPUTY CLERK: M Cooke

%AO 440 (Rev. 8/01) Summons in a Civil Action    JUNE 28, 2007

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

EDWIN P. BRUHL, CREDITOR
TRUSTEE FOR BANKS

V.

BEN SLOTKY, DEBTOR
C/o U.S. BANKRUPTCY
COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, Ill. 62701

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-3179
07-70692

TO: (Name and address of Defendant)

WICKS PIPE ORGAN COMPANY
1100 5th (FIFTH) STREET,
HIGHLAND, Ill. 62249

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

EDWIN P. BRUHL
301 CENTER STREET,
VARNA, Ill. 61375

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_[signature]_                                             7-6-07

CLERK                                                        DATE

_M Cooke_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

JUNE 28, 2007

# UNITED STATES DISTRICT COURT

Central District of Illinois

EDWIN P. BRUHL, CREDITOR
trustee FOR BANKS
v.
BEN ShOTKY, DEBTOR
c/o U.S. BANKRUPTCY
COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILL. 62701

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-3179
07-70692

TO: (Name and address of Defendant)  C.N.A. INSURANCE
Att: PEG SPRADAU, CORP COMPLIANCE
333 So. WABASH AVENUE, CHICAGO, Ill. 60604

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)
EDWIN P. BRUHL
301 CENTER STREET,
VARNA, Ill. 61375

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_[signature]_ J.M. Waters

CLERK

_[signature]_ M Cook

(By) DEPUTY CLERK

DATE  7-6-07