AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Central District of Illinois

EDWIN P. BRUHL, CREDITOR
TRUSTEE FOR BANKS

V.

BEN SLOTKY - DEBTOR
c/o U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILL. 62701

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-3179
07-70693

TO: (Name and address of Defendant)

McLEAN COUNTY SHERIFF,
c/o LAW AND JUSTICE CENTER
BLOOMINGTON, ILL. 61701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

EDWIN P. BRUHL
301 CENTER STREET
VARNA, ILLINOIS
61375

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                                      7/13/07
CLERK                                                                     DATE

s/ C. Cathcart
(By) DEPUTY CLERK

July 13, 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

EDWIN P. BRUHL, CREDITOR
TRUSTEE FOR BANKS

**SUMMONS IN A CIVIL ACTION**

V.

BEN SLOTKY - DEBTOR
C/O U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, Ill. 62701

CASE NUMBER: 07-3179
07-70692

TO: (Name and address of Defendant) CLERK OF THE COURT
C/O ELEVENTH JUDICIAL CIRCUIT
McLEAN COUNTY, LAW AND
JUSTICE CENTER, BLOOMINGTON, Ill.
61701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

EDWIN P. BRUHL
301 CENTER STREET,
VARNA, Ill.
61375

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters        7/13/07
CLERK                     DATE

s/ C. Cathcart
(By) DEPUTY CLERK

July 13, 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

EDWIN P. BRUHL - CREDITOR
TRUSTEE FOR BANKS

**SUMMONS IN A CIVIL ACTION**

V.

BEN SLOTKY - DEBTOR
c/o U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILL. 62701

CASE NUMBER: 07-3179
07-70692

TO: (Name and address of Defendant) McLEAN COUNTY
RECORDER OF DEEDS, H. LEE NEWCOM
c/o GOVERNMENT CENTER
McLEAN COUNTY ILLINOIS
BLOOMINGTON, ILLINOIS 61701

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

EDWIN P. BRUHL
301 CENTER STREET,
VARNA, ILL. 61375

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                           7/13/07
CLERK                                       DATE

s/ C. Cathcart
(By) DEPUTY CLERK